# INTERNATIONAL TONNAGE CERTIFICATE (1969)

No. CDS2039

RINA No. **81277**

Issued under the provisions of the
INTERNATIONAL CONVENTION ON TONNAGE MEASUREMENTS OF SHIPS, 1969
under the authority of the Government of the

## CZECH REPUBLIC

for which the Convention came into force on **18th July 1982**

by the

**RINA · REGISTRO ITALIANO NAVALE**

| Name of ship | Distinctive number or letters | Port of registry (Regulation 2 (3)) | Date [1] |
|---|---|---|---|
| **LEONARDO II** | | **PRAGUE** | **2004** |

**MAIN DIMENSIONS**

| Length (Article 2 (8)) | Breadth (Regulation 2 (3)) | Moulded depth amidships to upper deck (Regulation 2 (2)) |
|---|---|---|
| 27.08 | 6.80 | 3.35 |

THE TONNAGES OF THE SHIP ARE:

GROSS TONNAGE   **163**

NET TONNAGE   **48**

This is to certify that the tonnages of this ship have been determined in accordance with the provisions of the International Convention on Tonnage Measurement of Ships, 1969.

The undersigned declares that he is duly authorized by the said Government to issued this Certificate.

Issued at: **Genoa (Italy)**     on     **01st July 2004**

RINA

M. Benzi

RINA · REGISTRO ITALIANO NAVALE



[1] Date on which the keel was laid or the ship was at a similar stage of construction (Article 2 (6)), or date on which the ship underwent alterations or modifications of a major character (Article 3 (2) (b)), as appropriate.



# BUILDER'S CERTIFICATE

We     Azimut-Benetti S.p.A. - Via Michele Coppino n. 104

of       55049 Viareggio (Lucca - Italy)

**hereby certify that We did build in the Yard at**:

Via XXIV Maggio 9    -    55049 Viareggio (Lucca - Italy)

**Model year:**    2004     (twothousandfour)

**Model of vessel:**     AZIMUT 98' Leonardo       **Name:**     Leonardo II       **Yard No:** 020

**Whether Sail, Steam or Motor:**     Motor-boat

**Length:** 98'           **Breadth:** 23'.36"           **Depth:** 11'.15"

**Particulars of Engines:**     nr. 2 in board diesel    type DDC/MTU 16V 2000 M 91
                                   serial numbers 536103207 and 536103208

**Estimated tonnage:**       **Gross:** 89 tons     **Nett.**

We further certify that We built the afore mentioned ship to the order of:   **Name:**     Messrs.
                                Weber Investment s.r.o.
                                Pobrezni 297/14
                                186 00 Praha 8
                                Czech Republic

**Number of shares held:** 64/64 (sixty four sixty fourths)

Who is the first owner thereof.
Avigliana, 05th of April 2004

Seal of company and signature and status of witness to affixing of seal

_____
President of Azimut – Benetti SpA

Company Secretary

Azimut-Benetti Spa

Sede Commerciale e Amministrativa:
Via M. Luther King 9-11
10051 Avigliana
Torino, Italia
T +39 011 93161
F +39 011 9367270
www.azimutyachts.net

Sede Legale:
Via M. Coppino 104
55049 Viareggio
Lucca, Italia
T +39 0584 3821
F +39 0584 396232

C.C.I.A.A. Lucca 123566
Tribunale Lucca 19520
C. Soc. € 9.756.000 i.v.
C. Fisc. 00986700011
P. IVA IT 01390230462

Member of NMMA





# ČESKÁ REPUBLIKA
## CZECH REPUBLIC

# REJSTŘÍKOVÝ LIST
## CERTIFICATE OF REGISTRY

Ministerstvo dopravy České republiky uděluje podle ustanovení § 4, zákona č. 61/2000 Sb., o námořní plavbě, právo plout pod vlajkou České republiky a potvrzuje, že uvedené námořní plavidlo je zapsáno v Námořním rejstříku České republiky.

*Ministry of Transport of the Czech Republic grants under the provisions of § 4 of the Act No.: 61/2000, on Maritime Navigation the right to sail under the flag of the Czech Republic and hereby certifies that the mentioned seagoing vessel has been entered in the Maritime Register of the Czech Republic.*

Jméno plavidla / *Vessel's Name:*
LEONARDO II.

Rejstříkový přístav / *Port of Registry:*
**Praha**

Rejstříkové číslo /: *Registration Number:*
CZE0250

IMO číslo / *IMO Number:*
81277

Volací znak / *Call Sign:*
OL 5289/LEONARDO II.

Klasifikační třída / *Classification Class:*
100-A-1.1.;Y

Ident. číslo trupu / *Hull No.:*
020

Nejvyšší počet osob na palubě:
*Max number of persons on board*    14

Vlastník (vlastníci) plavidla / *Vessel's Owner(s):*
   WEBER INVESTMENT,s.r.o., Pobřežní 297/14, 186 00, Praha 8, IČ: 25082175

Provozovatel(é) plavidla / *Vessel's Operator(s):*
   WEBER INVESTMENT,s.r.o., Pobřežní 297/14, 186 00, Praha 8, IČ: 25082175

Druh plavidla:              námořní obchodní loď, AZIMUT 98
*Kind of Vessel:*           *seagoing commercial ship, AZIMUT 98*

Konstrukční materiál:       vyztužený sklolaminát
*Constructional Material:*  *glass reinforced plastic*

Způsob stavby:              motorová jachta
*Shipbuilding Methode:*     *motor yacht*

Výrobce, místo a rok stavby:
*Builder, Building Place, Year of Build:*   AZIMUT BENETTI S.P.A., Via Michele Coppino n.10

| Výrobce motoru<br>*Engine manufacturer* | Druh motoru<br>*Type of engine* | Výrobní číslo<br>*Serial number* | Výkon motoru<br>*Propelling power* | Palivo<br>*Fuel* |
|---|---|---|---|---|
| | | 536103207 | 1492 | nafta<br>*diesel* |
| | | 536103208 | 1492 | nafta<br>*diesel* |

ÚDAJE O PLAVIDLE
*THE VESSEL'S DATA*

| Hrubá prostornost: *Gross tonnage:* | 163 | Rejstříková prostornost: *Register tonnage:* | 163 |
|---|---|---|---|
| Čistá prostornost: *Net tonnage:* | 49 | Nosnost (M/T): *Deadweight (M/T):* | 89 |
| Největší délka (m): *Length overall (m):* | 29,83 | Rejstříková délka (m): *Register length (m):* | 29,83 |
| Největší šířka (m): *Breadth overall (m):* | 6,8 | Výška k hlavní palubě (m): *Height to main deck (m):* | 0 |
| Výtlak (M/T): *Displacement (M/T):* | 0 | Letní ponor (m): *Summer draft (m):* | 1,15 |
| Největší výška (m): *Air draft (m):* | 3,6 | Plocha oplachtění (m2): *Sail area (m2):* | 0 |

Oblast povolené plavby / *Sea areas in which vessel is certified to operate:*
Středozemní m., leto:do 60mil
Středozemní moře, v letním období do 60 mil od bezpečného přístavu.

*Mediterranean Sea*
*Mediterranean Sea, in summer, within 60 miles from safe haven.*

Poznámky/Remarks:
Prošlo celním řízením. Max. počet cestujících na palubě 12.
*The ship has custom clearance. Max.number of passengers on board 12.*

Doba platnosti:   22. dubna 2014
*Valid until:*      22. April 2014

Vydáno v:     PRAHA          dne:   23. dubna 2009
*Issued at:*                       *on:*    23. April 2009

Mgr. Vít Šimonovský
Jméno odpovědného státního úředníka
*Name of duly authorized official*

Úřední razítko:
*Official Seal:*

Podpis odpovědného státního úředníka
*Signature of duly authorized official*