<u>TRANSLATION</u>

PUBLIC DEED NUMBER FIFTEEN THOUSAND THREE HUNDRED SEVENTY (15,370).

Whereby the Articles of Incorporation of the corporation known as **"VIOLET ADVISORS S.A."**, domiciled in Panama City, Republic of Panama, are protocolized.

Panama, September 8th, 2011

In the City of Panama, Capital of the Republic and Head of the Notarial Circuit of the same name, on September eighth (8th), two thousand eleven (2011), before me, CARLOS PROSPERI ZARAK, Second Notary Public, Second Assistant of the Circuit of Panama, with Personal Identification Card number eight–three hundred thirty eight–five hundred sixteen (8-338-516) there personally appeared LEONEL MARQUEZ, male, Panamanian of legal age, married, resident of this city, holder of Personal Identification Card number eight – four hundred sixty one – six hundred three (8-461-603) and NILO SANTOS, male, Panamanian of legal age, married, resident of this city, holder of Personal Identification Card number nine-one hundred fifteen-one thousand eighteen (9-115-1018), whom I know and on their own behalf have asked me to record, as in effect I do herein protocolize, the articles of incorporation of the corporation known as **VIOLET ADVISORS S.A.**, constituted in accordance with Law thirty two (32) of one thousand nine hundred twenty seven (1927) and domiciled in Panama City, Republic of Panama.

The requested protocolization is hereby made and the copies which the interested parties may request shall be issued.

I advised the appearing parties that a copy of this deed must be filed at the Public Registry for registration and read as it was to them in the presence of the instrumental witnesses TANIA ELIZABETH VERGARA, holder of Personal Identification Card number eight-seven hundred twenty eight-two thousand seventy two (8-728-2072) and CORETTA DE GALINDO, holder of Personal Identification Card number eight – three hundred thirty two – seven hundred sixteen (8-332-716), both of legal age, residents of this city, whom I know, are fit for such office, they found it in order, approved it and in witness thereof they all sign it before me, the Notary who attests.

The Notary hereby states that this minutes document has been executed on the basis of a project prepared by the law firm FABREGA, MOLINO & MULINO.

This deed bears the order number FIFTEEN THOUSAND THREE HUNDRED SEVENTY (15,370).

(sgd.) -- LEONEL MARQUEZ – NILO SANTOS ------ CORETTA DE GALINDO---- TANIA ELIZABETH VERGARA --- CARLOS PROSPERI ZARAK, Second Notary Public, Second Assistant of the Circuit of Panama.

## ARTICLES OF INCORPORATION OF
## **VIOLET ADVISORS S.A.**

Organized pursuant to Law 32 of 1927 relating to corporations in the Republic of Panama.

The undersigned, LEONEL MARQUEZ, male, Panamanian of legal age, married, resident of this city, holder of Personal Identification Card number eight – four hundred sixty one – six hundred three (8-461-603) and NILO SANTOS, male, Panamanian of legal age, married, resident of this city, holder of Personal Identification Card number nine-one hundred fifteen-one thousand eighteen (9-115-1018), both of them domiciled in Panama City, Republic of Panama, in order to incorporate a corporation in accordance with the dispositions contained in the Corporations Law, Law No. 32 of 1927, we hereby subscribe the following articles of incorporation:

FIRST:  The name of the corporation is: **«VIOLET ADVISORS S.A.»**

SECOND:  The purposes and objectives of the corporation are the following:
   a) To undertake any businesses of whatever nature within or outside of the Republic of Panama.
   b) To buy, sell, exchange, lease, manage, negotiate, hold and invest in real estate or chattels of any kind as well as in merchandise, consumable goods, personal effects, products and other goods, of any nature or description.
   c) To carry out all types of commercial or financial operations and to sell and perform services and for such purpose to employ whatever staff may be required.

d) To participate in any way whatsoever in other corporation or corporations, Panamanian or foreign.

e) To buy, sell and generally undertake business with shares, securities, bonds and personal effects of whatever nature or description.

f) To act as settlor, trustee or beneficiary of trusts within or outside of the Republic of Panama.

g) To receive and/or pay royalties, commissions and other types of income or disbursements, as the case may be.

h) To execute any type of loan agreements, mortgages, assignments and contracts or agreements of any nature, including guarantees in favor of third parties and/or guarantees of third party obligations.

i) To open bank accounts of any kind and dispose of them in whatever bank or financial establishment in any part of the world.

j) Aside from the objectives listed hereinabove, the corporation may undertake any lawful activity whether or not contemplated in these objects, and the corporation shall have all the powers contemplated in Article 19 of Law 32 of 1927 of the Republic of Panama as well as any additional powers which may be granted to it pursuant to any other enforceable laws.

THIRD:  The authorized capital stock of the corporation shall be TEN THOUSAND DOLLARS (US$10,000.00), legal currency of the United States of America, divided into ONE HUNDRED (100) common shares of stock, with a nominal value of ONE HUNDRED DOLLARS (US$100.00) each. The share certificates will be issued in registered form or to the bearer, exchangeables the ones for the others at the holder's will. All shares will have the same rights and privileges and each one will have the right to one (1) vote in the General Shareholders' Assembly. The share certificates will be signed by the President jointly with the Treasurer or the Secretary.

FOURTH: The domicile of the corporation shall be in the City of Panama, Republic of Panama, but the company may undertake businesses, carry out activities, manage its affairs, perform operations and establish as many offices as well as commercial and representative branches in any part of the Republic of Panama or abroad, and may establish another domicile in any part of the world by resolution of the Board of Directors.

FIFTH: The duration of the corporation shall be perpetual.

<u>SIXTH</u>: The Board of Directors shall be comprised of a minimum of three (3) and a maximum of seven (7) members.  In the meetings of the Board of Directors and of the General Shareholders' Assembly, any of its members may be represented and vote by a proxy who need not necessarily be neither a director nor shareholder once the appointment has been made in writing by public or private document and with or without power of substitution.  The Board of Directors will exercise the powers of the corporation, save for those conferred upon or reserved for the shareholders by Law and the Articles of Incorporation.  The Board of Directors shall have absolute control and management of the businesses of the corporation.  Consequently, the corporation shall be managed and its powers exercised by the Board of Directors which may, without the prior approval of the shareholders, sell, assign, exchange, pledge or mortgage the assets of the corporation whether as guarantee of debts or obligations of the company or of third parties.

<u>SEVENTH</u>:  The Corporation shall have at least a President, a Secretary and a Treasurer, but it may appoint any other officers which it may deem convenient, and the same person may hold two or more posts. The Officers may bind the company by means of their collective signature by two, including in the performance of those acts of strict ownership, without requiring therefore the prior authorization of the Board of Directors nor of the General Shareholders' Assembly.  Furthermore, the company shall be bound and committed by means of the signature of its duly appointed attorneys in accordance with what is established in the respective powers of attorney of the corporation.

<u>EIGHTH</u>: The legal representative of the corporation shall be the President or in his absence, the person who may be appointed by the Board of Directors.

<u>NINTH</u>: The meetings of the Shareholders' Assembly and of the Board of Directors may be held in any place within or outside of the territory of the Republic of Panama. The presence of the majority of the Board of Directors or of the owners of the majority of the issued and outstanding shares will constitute quorum for the meetings of the Board of Directors and of the General Shareholders' Assembly, respectively. All resolutions must be approved by a majority of votes. A resolution passed in writing and signed by a

majority of directors or by all the shareholders or their respective representatives, depending on the resolution, shall be as valid and effective as those resolutions of the Board of Directors or of the Shareholders which may have been approved in a meeting of the Board of Directors or, as the case may be, of the General Shareholders' Assembly.

TENTH: The Stock Register shall be kept in the place determined by the Board of Directors.

ELEVENTH: The directors of the corporation are:

DIANA SANCHEZ GONZALEZ, NELVA IBETH VARGAS GONZALEZ and ALBINO RODRIGUEZ, all of them domiciled at the Omega Building, Avenida Samuel Lewis and 53rd Street, Panama City, Republic of Panama.

TWELFTH: The officers of the corporation are:

| | | |
|---|---|---|
| DIANA SANCHEZ GONZALEZ | - | PRESIDENT |
| ALBINO RODRIGUEZ | - | SECRETARY |
| NELVA IBETH VARGAS GONZALEZ | - | TREASURER |

THIRTEENTH: The Resident Agent of the corporation is **FABREGA, MOLINO & MULINO**, Attorneys at Law, with offices located at Omega Building, Mezzanine, Avenida Samuel Lewis and 53rd Street, Panama City, Republic of Panama, P.O. Box 0816-00744, Panama 5, Republic of Panama, Telephone: 263-5333; Fax: 264-0181. Regarding the condition of Registered Agent of the corporation, it is established in these Articles of Incorporation the following: (1) That the Registered Agent is not the legal representative of the corporation and therefore, it is not responsible for any acts of the corporation, nor for any act carry on by the corporation. (2) The Registered Agent is not authorized to contract obligations in the name of the corporation, nor to burden any of its property and it may not be able to intervene or to represent the same in any of its operations or social or mercantile acts or legal notifications or of any nature, unless it has express authorization or power duly granted by the Board of Directors or by the Shareholders, granted in accordance with the law.

FOURTEENTH: The subscribers to these articles of incorporation agree to subscribe one (1) share each.

IN WITNESS WHEREOF we execute and sign these Articles of Incorporation in Panama City, Republic of Panama, on this day, September 8th, two thousand eleven (2011).

(sgd) Leonel Marquez

    LEONEL MARQUEZ

(sgd) Nilo Santos

    NILO SANTOS

Concurs with its original this copy which I issue, seal and sign in Panama City, Republic of Panama, on September 8th, two thousand eleven (2011).

(sgd)  Carlos Iván Prosperi Zarak – Second Notary Public, Second Assistant

    CARLOS IVAN PROSPERI ZARAK

SEAL OF THE FIRST NOTARY PUBLIC OF THE CIRCUIT OF PANAMA.

Presented to the Panama Public Registry

Province: Panama

Volume: 2011

Presented by: GLORIBETH PRADO

Liquidation No. 7011722091

Entered by: IRMEPA03

(sgd.) illegible

Date and Time: 2011/09/12    20:17:40:

Entry: 167978

Personal Identification Card No.: 8-844-300

Total fees: 60.00

SEAL OF THE PANAMA PUBLIC REGISTRY.

THE AFOREMENTIONED DOCUMENT HAS BEEN REGISTERED AT THE TECHNOLOGICAL INFORMATION SYSTEM OF THE PUBLIC REGISTRY - Section of Microfilm (Mercantile)

Card:          746878

Document REDI:    2044063

Registration Fees:  B/. 50.00

Qualification Fees:  B/. 10.00

Panama, September 14th, 2011

(sgd.) Illegible

THIS IS A TRUE TRANSLATION FROM THE SPANISH ORIGINAL
Panama, October 5, 2011

GRETEL CIMELIO SIMONS
AUTHORIZED PUBLIC INTERPRETER
RES. 134
OF NOVEMBER 1, 1999
PANAMA REP. OF PANAMA



**Cristina Valencia**

# REPÚBLICA DE PANAMÁ
## PROVINCIA DE PANAMÁ

## NOTARÍA SEGUNDA DEL CIRCUITO DE PANAMÁ

## *Licda. Tania Chen Guillén*
### NOTARIA PÚBLICA SEGUNDA

Edificio Comosa
Ave. Samuel Lewis
ocal S-2, Planta Baja

TELEFONO: 213-2200
TELEFAX: 213-2201
E-mail: notariasegunda@cableonda.net

COPIA          15,370          8          **SEPTIEMBRE**          11

ESCRITURA No._____ DE _____ DE _____ DE 20_____

POR LA CUAL: se protocoliza el Pacto Social de la sociedad anónima denominada **VIOLET ADVISORS S.A.**, con domicilio en la ciudad de Panamá, República de Panamá.

*FABREGA, MOLINO & MULINO*
Gloribeth Prado 8-844-300

Registro Público de Panamá
Departamento del Diario
Sección de Ingreso de Documentos

Cantidad de Papel Habilitado: _____ Copia _____
Paz y Salvo de Inmueble: Original _____ Copia _____
Paz y Salvo de IDAAN: Original _____ Copia _____
Tasa Única: Original _____ Copia _____
Plano de Lote: _____
Fecha y Nombre: 12/9/11

522091

Case 1:20-cv-21716-RAR Document 1-2 Entered on FLSD Docket 04/24/2020 Page 8 of 23



NOTARIA SEGUNDA DEL CIRCUITO DE PANAMÁ

ESCRITURA PUBLICA NUMERO QUINCE MIL TRESCIENTOS SETENTA --------------------

------------------------------------------------------ (15,370) ----------------------------------

POR LA CUAL se protocoliza el Pacto Social de la sociedad anónima denominada **VIOLET ADVISORS S.A.**, con domicilio en la ciudad de Panamá, República de Panamá.-------------------------------------------------------------------------------------------------

--------------------------------Panamá, 08 de septiembre de 2011.-------------------------------

===========================================================

En la Ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre, a los ocho (08) días del mes de septiembre de dos mil once (2011), ante mí, Licenciado CARLOS PROSPERI ZARAK Notario Público Segundo, Segundo Suplente del Circuito de Panamá, portador de la cédula de identidad ocho- trescientos treinta y ocho- quinientos dieciséis (8-338-516), comparecieron personalmente los señores LEONEL MARQUEZ, varón, panameño, mayor de edad, casado, vecino de esta ciudad, portador de la cédula de identidad personal número ocho-cuatrocientos sesenta y uno-seiscientos tres (8-461-603) y NILO SANTOS, varón, panameño, mayor de edad, casado, vecino de esta ciudad, portador de la cédula de identidad personal número nueve-ciento quince-mil dieciocho (9-115-1018) a quienes conozco y me presentaron para su protocolización, y al efecto agrego al protocolo, junto con esta Escritura Pública, el Pacto Social de la sociedad denominada **VIOLET ADVISORS S.A.**, constituida de acuerdo con la Ley treinta y dos (32) de mil novecientos veintisiete (1927) y con domicilio en la ciudad de Panamá, República de Panamá.------

Queda hecha la protocolización solicitada y se expedirán las copias que soliciten los interesados.----------------------------------------------------------------------------------------------

Advertí a los comparecientes que una copia de esta Escritura Pública debe presentarse al Registro Público para su debida inscripción y leída como les fue la misma, en presencia de los testigos instrumentales, TANIA ELIZABETH VERGARA, con cédula de identidad personal número ocho-setecientos veintiocho-dos mil setenta y dos (8-728-2072) y CORETTA DE GALINDO, con cédula de identidad personal número ocho-trescientos treinta y dos-setecientos dieciséis(8-332-716), ambas mayores de edad, vecinas de esta ciudad, a quienes conozco y son hábiles para

2

ejercer el cargo, la encontraron conforme, le impartieron su aprobación y la firman todos para constancia, por ante mí, el Notario que doy fe.-----------------------------------

========================================================

EL SUSCRITO NOTARIO HACE CONSTAR QUE ESTA ESCRITURA HA SIDO ELABORADA EN BASE A MINUTA REDACTADA Y FIRMADA POR LA FIRMA DE ABOGADOS, FABREGA, MOLINO Y MULINO.----------------------------------------

========================================================

Esta Escritura lleva el número QUINCE MIL TRESCIENTOS SETENTA --------------------
-------------------------------------------------- (15,370) -----------------------------------

(Fdos.)  LEONEL  MARQUEZ  ---NILO  SANTOS---TANIA  ELIZABETH  VERGARA-CORETTA DE GALINDO --- CARLOS PROSPERI ZARAK Notario Público Segundo, Segundo Suplente del Circuito de Panamá----------------------------------------------

========================================================

--------------------------PACTO  SOCIAL  DE  VIOLET  ADVISORS  S.A.-----------------

Constituida conforme a la Ley 32 de 1927 de Sociedades Anónimas de la República de Panamá.--------------------------------------------------------------------------------------

Los suscritos, LEONEL MARQUEZ, varón, panameño, mayor de edad, casado, vecino de esta ciudad, portador de la cédula de identidad personal número ocho-cuatrocientos sesenta y uno-seiscientos tres (8-461-603) y NILO SANTOS, varón, panameño, mayor de edad, casado, vecino de esta ciudad, portador de la cédula de identidad personal número nueve-ciento quince-mil dieciocho (9-115-1018), ambos domiciliados en la Ciudad de Panamá, República de Panamá, con el fin de constituir una sociedad anónima de conformidad con las disposiciones de la Ley 32 de 1927 de Sociedades Anónimas, por este medio acordamos el siguiente Pacto Social. --------------

PRIMERO: El nombre de la sociedad es: **VIOLET ADVISORS S.A.**--------------

SEGUNDO: Los fines de la sociedad son los siguientes: a) Llevar a cabo negocios de cualquier naturaleza, dentro o fuera de la República de Panamá.--- b) Comprar, vender, permutar, arrendar, administrar, comerciar, tener e invertir en bienes muebles o inmuebles de cualquier índole, así como en mercancías, bienes fungibles, efectos personales, productos y demás bienes de cualquier naturaleza o descripción. -

REPÚBLICA DE PANAMÁ
PAPEL NOTARIAL



**NOTARIA SEGUNDA DEL CIRCUITO DE PANAMÁ**

c) Realizar todo tipo de operaciones comerciales o financieras y vender servicios y prestarlos, y para tal propósito emplear el personal que sea necesario. ---d) Participar en la forma que sea en otras sociedades o compañías, sean panameñas o sean extranjeras. --- e) Comprar, vender y en general hacer negocios con acciones, bonos, valores y efectos personales de cualquier naturaleza o descripción. ---f) Actuar como fideicomitente o fideicomisario o beneficiario de fideicomisos dentro o fuera de la República de Panamá. ---g) Recibir y/o pagar regalías, comisiones y demás tipos de ingresos o egresos según el caso. ---h) Celebrar todo tipo de convenios de préstamo, hipotecas, cesiones o contratos o convenios de cualquier índole, incluyendo los de fianza a favor de terceras personas y/o garantías por obligaciones de terceras personas. ---i) Abrir cuentas bancarias de cualquier clase y disponer respecto de éstas, en cualquier banco o establecimiento financiero en cualquier parte del mundo. -j) Además de los fines antes expuestos, la sociedad podrá llevar a cabo cualquier actividad lícita esté o no contemplada en este objeto y la sociedad tendrá todas las facultades que contempla el Artículo 19 de la Ley 32 de 1927 de la República de Panamá, así como cualesquiera facultades adicionales que le otorguen cualesquiera otras leyes vigentes. --------------------------------------------------------------------------------

TERCERO: El monto del capital social autorizado será de DIEZ MIL DOLARES (US$10,000.00), dividido en CIEN (100) ACCIONES COMUNES con un valor nominal de CIEN DOLARES ($100.00) cada una.-----Los Certificados de Acciones serán emitidos en forma nominativa o al portador, cambiables los unos por los otros a voluntad de su dueño. Todas las acciones tendrán los mismos derechos y privilegios y cada una tendrá derecho a un (1) voto en todas las Juntas Generales de Accionistas. Los Certificados de Acciones serán firmados por el Presidente conjuntamente con el Tesorero o el Secretario.--------------------------------------------------------------------------------

CUARTO: El domicilio de la sociedad estará en la ciudad de Panamá, República de Panamá, pero la sociedad podrá hacer negocios, llevar a cabo actividades, administrar sus asuntos, realizar operaciones y establecer tanto oficinas como sedes comerciales y sucursales en cualquier punto de la República de Panamá o en el extranjero, y podrá fijar otro domicilio en cualquier parte del mundo por medio de una resolución de la

Junta Directiva. ------------------------------------------------------------------------------

QUINTO: El término de duración de la sociedad será perpetuo.-----------------------------

SEXTO: La Junta Directiva estará compuesta por un mínimo de tres (3) y un máximo de siete (7) miembros. En las sesiones de la Junta Directiva y de la Junta General de Accionistas, cualquiera de sus miembros podrá ser representado y votar por medio de un apoderado que no necesariamente tiene que ser ni director ni accionista, una vez su nombramiento haya sido hecho por escrito, en documento público o privado, y con poder de sustitución o sin él. La Junta Directiva ejercerá las facultades de la sociedad, salvo aquellas que fueren conferidas o reservadas a los accionistas por las leyes y el Pacto Social. La Junta Directiva tendrá el control absoluto y la administración total de los negocios de la sociedad. Por lo tanto, la sociedad será dirigida y sus poderes serán ejercidos por la Junta Directiva que, sin necesidad de la aprobación de los accionistas podrá vender, ceder, permutar, dar en prenda, pignoración o hipoteca, los bienes de la sociedad ya sea como garantía de deudas u obligaciones de la sociedad o de terceros. ------------------------------------------------

SEPTIMO: La sociedad tendrá por lo menos un Presidente, un Secretario y un Tesorero, pero podrá designar otros dignatarios que estime conveniente y la misma persona podrá desempeñar dos o más puestos. Dichos dignatarios podrán, mediante su firma colectiva a dos, obligar a la sociedad, incluso en la ejecución de actos de riguroso dominio sin requerirse para ello la previa autorización ni de la Junta Directiva ni de la Junta de Accionistas. Asimismo, la sociedad será obligada y comprometida mediante la firma de sus apoderados debidamente nombrados por la sociedad de conformidad con lo establecido en los poderes correspondientes.----------

OCTAVO: El representante legal de la sociedad será el Presidente o, en su defecto, la persona que designe la Junta Directiva.-------------------------------------------------------

NOVENO: Las sesiones de la Junta de Accionistas y las de la Junta Directiva podrán celebrarse en cualquier lugar, dentro o fuera del territorio de la República de Panamá. La presencia de la mayoría de los miembros de la Junta Directiva o de los dueños de la mayoría de las acciones emitidas y en circulación constituye quórum para las reuniones de la Junta Directiva y de la Junta de Accionistas, respectivamente. Todas



las resoluciones deberán ser aprobadas mediante mayoría de votos. Una resolución que conste por escrito y que haya sido firmada por la mayoría de los directores o por todos los accionistas o sus respectivos representantes según la resolución de que se trate, tendrá la misma validez y la misma efectividad que las resoluciones de la Junta Directiva o las de los accionistas que hayan sido aprobadas en una sesión de la Junta Directiva o, según sea el caso, de la Junta de Accionistas.------------------------------------------

**DECIMO:** El Registro de Acciones se llevará en el lugar que la Junta Directiva determine.-----------------------------------------------------------------------------------------

**DECIMOPRIMERO:** Los directores de la sociedad son: DIANA SANCHEZ GONZALEZ, NELVA IBETH VARGAS GONZALEZ y ALBINO RODRIGUEZ, todos con dirección en el Edificio Omega, Avenida Samuel Lewis y Calle 53, Ciudad de Panamá, República de Panamá.----------------------------------------------------------------------------------------

**DECIMOSEGUNDO:** Los dignatarios de la sociedad son: ------------------------------

DIANA SANCHEZ GONZALEZ - PRESIDENTA -------------------------------------------

ALBINO RODRIGUEZ - SECRETARIO -----------------------------------------------------

NELVA IBETH VARGAS GONZALEZ - TESORERA -------------------------------------

**DECIMOTERCERO:** El Agente Residente de la sociedad es la firma FABREGA, MOLINO & MULINO, con oficinas en el Edificio Omega, Mezanine, Avenida Samuel Lewis y Calle 53, Ciudad de Panamá, República de Panamá, Apartado Postal 0816-00744, Panamá, Teléfonos: 263-5333; Fax: 264-0181. Con respecto a la condición de Agente Residente de la sociedad, queda establecido en este Pacto Social lo siguiente: --- (1) El Agente Residente no es Representante Legal de la sociedad y por tanto, no es responsable por los actos que la misma, sus suscriptores, directores, dignatarios y/o apoderados o representantes llevan a cabo.-----(2) El Agente Residente no tiene autorización para contraer obligaciones a nombre de la sociedad, ni gravar en forma alguna la propiedad de ésta y no podrá intervenir o representar a la misma en ninguna de sus operaciones, actos sociales o mercantiles, notificaciones legales o de cualesquiera naturaleza, a menos que tenga autorización expresa o poder de la Junta Directiva o de la Junta de Accionistas, expedida conforme a la ley.----------------------------------------

**DECIMOCUARTO:** Los suscriptores de este pacto social convienen en tomar una (1)

6

acción cada uno. ------------------------------------------------------------

EN TESTIMONIO DE LO CUAL, firmamos y otorgamos este Pacto Social en la Ciudad de Panamá, República de Panamá a los ocho (08) días del mes de septiembre de dos mil once (2011) -------------------------------------------------------------

(Fdos.) LEONEL MARQUEZ -----------------------------NILO SANTOS-----------------------

==================================================================

Concuerda con su original esta copia que expido, sello y firmo en la Ciudad de Panamá, a los ocho (08) días del mes de septiembre de dos mil once (2011). -----------

Lcdo. CARLOS IVAN PROSPERI ZARAK
Notario Público Segundo Suplente

INGRESADO EN EL REGISTRO PÚBLICO DE PANAMÁ

Provincia:  Panamá                      Fecha y Hora: 2011/Sep/12   20:17:40:8
Tomo:  2011                             Asiento:  167978
Presentante:  GLORIBETH PRADO           Cedula:  8-844-300
Liquidación No.:  7011722091            Total Derechos:      60.00
Ingresado Por: IRMEPA03

**Jefe de Ingreso de Documentos**
**y Control de Calidad**

Inscrito en el Sistema Tecnológico de Información
del Registro Público de Panamá

Sección de Mercantil        Ficha No. 716878  Sigla No. S.A.

Documento Redi No.  2044063

Operación Registral No. Plazo _____

Derechos de Registro B/.  50

Derecho de Calificación B/.  10

Panamá, _____ 13 de septiembre de 2011

Registrador

# VIOLET ADVISORS S.A.

Company name:

Certificate No.: *****2*****

Issued in favour of: *****IGNACIO ENRIQUE OBERTO ANSELMI*****

Date Issued: *****October 5th, 2011*******

For: *****FIFTY (50)*****shares

_Diana Donly G_

President

_[signature]_

Secretary or Treasurer

---

# VIOLET ADVISORS S.A.

Certificate No. ***2*****

For: *****FIFTY (50)*****shares

A stock company incorporated in conformity to Law 32 of 1927, of the Republic of Panama, by means of Public Deed No. 15,370 of September 8th, 2011 of the Second Public Notary which has been duly recorded in the Public Registry of Panama at Card 746878, Document 2041063, since September 14, 2011.

Capital: The authorized capital stock of the corporation is **TEN THOUSAND DOLLARS (US$10,000.00)**, legal currency of the United States of America, divided into **ONE HUNDRED (100)** common shares of stock, with a nominal value of **ONE HUNDRED DOLLARS (US$100.00)** each. The transfer of the stocks is subject to restrictions and limitations established in the articles of incorporation.

This certifies that ***** **IGNACIO ENRIQUE OBERTO ANSELMI*****  ** is the owner of ******FIFTY (50)****** shares fully paid and non-assessable.

Issued on October 5th, 2011.

_Diana Donly G_

President

_[signature]_

Secretary or Treasurer

# VIOLET ADVISORS S.A.

Company name: **VIOLET ADVISORS S.A.**

Certificate No.: *****1*****

Issued in favour of: *****LUIS ALFONSO OBERTO ANSELMI*****

Date issued. *****October 5th 2011*********

For: *****FIFTY (50)*****shares

*Diego Smily G*

President

Secretary or Treasurer

---

Certificate No. *****1*****

# VIOLET ADVISORS S.A.

For: *****FIFTY (50)*****shares

A stock company incorporated in conformity to Law 32 of 1927, of the Republic of Panama, by means of Public Deed No. 15,370 of September 8th, 2011 of the Second Public Notary which has been duly recorded in the Public Registry of Panama at Card 746878, Document 2044063, since September 14, 2011.

**Capital:** The authorized capital stock of the corporation is **TEN THOUSAND DOLLARS (US$10,000.00)**, legal currency of the United States of America, divided into **ONE HUNDRED (100)** common shares of stock, with a nominal value of **ONE HUNDRED DOLLARS (US$100.00)** each. The transfer of the stocks is subject to restrictions and limitations established in the articles of incorporation.

This certifies that *****LUIS ALFONSO OBERTO ANSELMI***** is the owner of *****FIFTY (50)********* shares fully paid and non-assessable.

Issued on October 5th, 2011.

*Diego Smily G*

President

Secretary or Treasurer

# VIOLET ADVISORS S.A.

Minutes of a Special Meeting of the Board of Directors of the Corporation known as **VIOLET ADVISORS S.A.,** held in the office of the corporation, on October 5th, 2011.

There were present DIANA SANCHEZ GONZALEZ, ALBINO RODRIGUEZ and NELVA IBETH VARGAS GONZALEZ who constitute all the members of the Board of Directors, in view of which previous notice of meeting was waived.

The President of the Corporation, DIANA SANCHEZ GONZALEZ chaired the meeting and ALBINO RODRIGUEZ acted as Secretary and recorded the minutes, both of them being the incumbents.

The following resolutions were unanimously approved:

### IT WAS RESOLVED:

1. To open a bank account in _____,

in_____ (hereinafter referred to as "the account").

2. To grant an individual signature right to open, close, manage, and operate said account to _____.

IN WITNESS WHEREOF this document is executed on this day, October 5th, 2011.


_____
DIANA SANCHEZ GONZALEZ
President

_____
ALBINO RODRIGUEZ
Secretary

_____
NELVA IBETH VARGAS GONZALEZ
Treasurer


### CERTIFICATION


This is a true copy of the original document.


_____
ALBINO RODRIGUEZ
Secretary

## MINUTES OF THE BOARD OF DIRECTORS OF THE CORPORATION
### VIOLET ADVISORS S.A.

Being the 5th day of the month of October, 2011, it was held a Meeting of the Board of Directors of the Corporation known as **VIOLET ADVISORS S.A.**

There were present or duly represented in such meeting the totality of the directors, to wit: DIANA SANCHEZ GONZALEZ, ALBINO RODRIGUEZ and NELVA IBETH VARGAS GONZALEZ.

The President of the corporation DIANA SANCHEZ GONZALEZ, chaired the meeting and ALBINO RODRIGUEZ, acted as Secretary and recorded the minutes.

Initiated the meeting, the President informed that the purpose of same was to approve the issuance of shares.

Upon discussion of the matter and motion duly presented and sustained, the following resolutions were unanimously approved:

**FIRST:** To approve, as it is hereby approved, the issuance of one hundred (100) shares of the capital stock of the corporation, as follows:

- Certificate No. 1 for fifty (50) shares in favour of LUIS ALFONSO OBERTO ANSELMI.
- Certificate No. 2 for fifty (50) shares in favour of IGNACIO ENRIQUE OBERTO ANSELMI.

**SECOND:** To authorize, as it is hereby authorize, the President and the Treasurer or the Secretary of the corporation to subscribe and issue the relevant shares certificates, which will be issue in nominative form.

There being no further business to discuss, the meeting was declared closed.


DIANA SANCHEZ GONZALEZ                    ALBINO RODRIGUEZ
President                                 Secretary


NELVA IBETH VARGAS GONZALEZ
Treasurer


## CERTIFICATION


This is a true copy of the original document.


ALBINO RODRIGUEZ
Secretary

# FABREGA, MOLINO & MULINO
## ATTORNEYS AT LAW

OMEGA BUILDING, MEZZANINE
AVENIDA SAMUEL LEWIS, 53rd STREET
OBARRIO
P.O. Box 0816-00744
PANAMA 5, REP. OF PANAMA

TELS.: (507) 301-6600/ 301-6601 / 6602
FAX : (507) 263-6983 / 264-0181

# CERTIFICATION

The undersigned, being a duly authorized signatory of FABREGA, MOLINO & MULINO, Registered Agent of:

# VIOLET ADVISORS S.A.

a Panamanian Corporation registered on the 14th day of September at Card 746878, Document 2044063 at the Public Registry of Panama

HEREBY CERTIFIES that the attached documents are documents related to the company:

- Copy of the company´s Articles of Incorporation with its English translation

Date this October 5th , 2011.

Liza Maye Díaz
**FABREGA MOLINO & MULINO**
Registered Agent

CERTIFICO

Panamá,

Testigo                    Testigo

Licda. TANIA SUSANA CHEN GUILLÉN
Notaría Pública Segunda

Acta de la Asamblea de Accionistas
de
VIOLET ADVISORS S.A.

celebrada el día 13 de abril de 2013 a las 11:00 a.m.

-oOo-

Se encontraban presentes o representados todos los tenedores de la totalidad de las acciones emitidas y en circulación, quienes renunciaron al requisito de notificación.

Se resolvió que Luis Oberto actuara como Presidente de la reunión  y Carlos Seijas actuara como Secretario de la reunión, ambos actuando en ausencia de los titulares.

Abierta la sesión el Presidente manifestó que el objeto de la reunión era nombrar nuevos directores y dignatarios y agente residente. A moción debidamente presentada, secundada y unánimemente aprobada,

SE RESOLVIO:

1. Elegir, como en efecto se eligen, las siguientes personas como nuevos directores y dignatarios de la sociedad en reemplazo de los directores y dignatarios actuales:

Director y Presidente: Luis Oberto con dirección en Calle Mohedano, Edif. Peña Blanca, Urb. La Castellana, Caracas, Venezuela.
Director y Tesorero: Ignacio Oberto con dirección en Calle Lecuna, Qta. Noa Noa, No. 9, Country Club. Caracas, VenezuelaDirector; y
Secretario: Carlos Seijas con dirección en Calle Las Rosas, Quinta La Quintanera, Prados del Este, Caracas, Venezuela.

2. Elegir, como en efecto se elige, a ALFARO, FERRER & RAMIREZ  con dirección en Avenida Samuel Lewis y calle 54, Edif. AFRA, Panamá, Rep. de Panamá, como nuevo agente residente y a su vez autorizar al nuevo agente residente para protocolizar y registrar en el Registro Público la presente acta.

No habiendo otro asunto de que tratar, se declaró cerrada la reunión a las 11:45 a.m.

_____                    _____
Presidente de la reunión                           Secretario de la reunión

 

# REPÚBLICA DE PANAMÁ
### PROVINCIA DE PANAMÁ

# NOTARÍA NOVENA DEL CIRCUITO DE PANAMÁ

## *Licdo. Roberto R. Rojas C.*

### NOTARIO PÚBLICO NOVENO

TELS.: 265-0121 / 265-0122
TELEFAX: 223-0874

P.H. TORRE COSMOS, LOCAL 3, PLANTA BAJA
CALLE MANUEL MARÍA ICAZA, URB. CAMPO ALEGRE
(AREA BANCARIA)

Apartado 0819-05874, El Dorado,
Panamá, Rep. de Panamá

## COPIA

ESCRITURA No. **3471** DE **26** DE **abril** DE 20 **13**

POR LA CUAL:  se protocoliza Acta de la Asamblea de Accionistas de la sociedad **VIOLET ADVISORS S.A.**, mediante la cual se eligen nuevos directores, dignatarios y agente residente de la sociedad.

Registro Público de Panamá
Departamento del Diario
Sección de Ingreso de Documentos
Cantidad de Papel Habilitado: _____
Paz  Salvo de Inmueble:  Original ____ Copia __
Paz y Salvo de IDAAN:   Original ____ Copia __
Tasa Única:                     Original ____ Copia __
Plano de Lote:                 Original ____ Copia ____
Fecha y Nombre: __1 / 5 / 13__   / 30007224 /

**Gavino Lasso**
Cédula 8-843-1761

006984



# REPÚBLICA DE PANAMÁ
## PAPEL NOTARIAL





21.2.13     B 800

POSTALIA 4294

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

**ESCRITURA PUBLICA NUMERO TRES MIL CUATROCIENTOS SETENTA Y UNO (3471).**-------------------------------------------------------------------------------

Por la cual se protocoliza Acta de la Asamblea de Accionistas de la sociedad **VIOLET ADVISORS S.A.**, mediante la cual se eligen nuevos directores, dignatarios y agente residente de la sociedad.-----------------------------------------------------------------------

----------------------------- *Panamá, 26 de abril) de 2013* -----------------------------

--------------------------------------------------------------------------------------------

En la ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre, a los veintiséis (26) días del mes de abril de dos mil trece (2013), ante mí, **LIC. ROBERTO RENÉ ROJAS CONTRERAS**, Notario Público Noveno del Circuito de Panamá, con cédula de identidad personal número cuatro – cien – mil ciento cuarenta y cuatro (4-100-1144), compareció personalmente el señor **LUIS RAFAEL LOPEZ ALFARO**, varón, panameño, mayor de edad, casado, Abogado, con cédula de identidad personal número ocho – doscientos noventa y dos  - cuarenta y siete (8-292-47), ), con domicilio en Avenida Samuel Lewis y Calle cincuenta y cuatro (54), Panamá, República de Panamá, a quien conozco como socio de la firma de abogados **ALFARO, FERRER & RAMIREZ**, nuevo Agente Residente designado en esta misma acta de la sociedad **VIOLET ADVISORS S.A.**, sociedad debidamente inscrita en el Registro Público a la Ficha setecientos cuarenta y seis mil ochocientos setenta y ocho (746878), Documento dos millones cuarenta y cuatro mil sesenta y tres (2044063), y me presentó para su protocolización y al efecto protocolizo, Acta de la Asamblea de Accionistas de la sociedad anónima **VIOLET ADVISORS S.A.**, celebrada el trece (13) de abril de dos mil trece (2013).-------------------------------------------------

Queda hecha la protocolización solicitada y se expedirán las copias que soliciten los interesados.--------------------------------------------------------------------------------------

Advertí al compareciente que una copia de esta escritura debe registrarse; y leída como le fue la misma en presencia de los testigos instrumentales Jaime Omar Espinosa Ríos, varón, panameño, portador de la cédula de identidad personal número cuatro – doscientos setenta y siete – novecientos cincuenta y seis (4-277-956) y Nataly Lissette Ramírez Coronado, mujer, panameña, portadora de la cédula de

*Copia pan propostos informativos solamente*

043524

identidad personal número ocho – setecientos ochenta y nueve – setecientos noventa y uno (8-789-791),  personas a quienes conozco y son hábiles para ejercer el cargo, la encontraron conforme, le impartieron su aprobación y la firman todos por ante mí el Notario que doy fe.------------------------------------------------------------------------

Esta Escritura lleva el  número **tres mil cuatrocientos setenta y uno (3471)**.------- (Fdo.) Luis R. López A.-- (Fdo.) Nataly Lissette Ramírez Coronado -- (Fdo.) Jaime Omar Espinosa Ríos -- (Fdo.) LIC. ROBERTO RENÉ ROJAS CONTRERAS, Notario Público Noveno del Circuito de Panamá ------------------------------------------------------------

---------------------------------------------------------------------------------------------

-------------------------- Acta de la Asamblea de Accionistas de -------------------------

-------------------------------- **VIOLET ADVISORS S.A.** --------------------------------

--------------- Celebrada el día 13 de abril de 2013 a las 11:00 a.m.  ------------------

Se encontraban presentes o representados todos los tenedores de la totalidad de las acciones emitidas y en circulación, quienes renunciaron al requisito de notificación.----

Se resolvió que Luis Oberto actuara como Presidente de la reunión y Carlos Seijas actuara como Secretaria de la reunión, ambos actuando en ausencia de los titulares.—

Abierta la sesión el Presidente manifestó que el objeto de la reunión era nombrar nuevos directores y dignatarios y agente residente.   A moción debidamente presentada, secundada y unánimemente aprobada,-----------------------------------------

------------------------------------- SE RESOLVIO: ---------------------------------

1.Elegir, como en efecto se eligen, las siguientes personas como nuevos directores y dignatarios de la sociedad en reemplazo de los directores y dignatarios actuales:-------

Director y Presidente:   Luis Oberto con dirección en Calle Mohedano, Edif. Peña Blanca, Urb. La Castelana, Caracas, Venezuela.-----------------------------------------------

Director y Tesorero:   Ignacio Oberto con dirección en Calle Lecuna, Qta. Noa Noa, Nº 9, Country Club. Caracas, Venezuela.----------------------------------------------------------

Director y Secretario:   Carlos Sejias con dirección en Calle Las Rosas, Quinta La Quintanera, Prados del Este, Caracas, Venezuela.----------------------------------------------

2. Elegir, como en efecto se elige, a ALFARO, FERRER & RAMIREZ con dirección en Avenida Samuel Lewis y Calle 54, Edif. AFRA, Panamá, República de Panamá, como

Copia para propósitos informativos solamente

   

REPÚBLICA DE PANAMA
PAPEL NOTARIAL

EPÚBLICA DE PANAMA

21. 2.13          B. 8.00

POSTALIA 42948

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

nuevo Agente Residente y a su vez autorizar al nuevo Agente Residente para protocolizar y registrar en el Registro Público la presente acta.--------------------------

No habiendo otro asunto de que tratar, se declaró cerrada la reunión a las 11:45 a.m.-

(Fdo.) Ilegible --- Presidente Titular -------------------------------------------------------------

(Fdo.) Ilegible --- Secretario de la Reunión ------------------------------------------------------

Minuta refrendada por la firma de abogados ALFARO, FERRER & RAMÍREZ.-------------

Concuerda con su original esta copia que expido, sello y firmo en la ciudad de

Panamá, República de Panamá, a los veintiséis (26) días del mes de abril de dos mil

trece (2013).---------------------------------------------------------------------

Lcdo. ROBERTO R. ROJAS
Notario Público Noveno

INGRESADO EN EL REGISTRO PÚBLICO DE PANAMÁ

Provincia: Panamá                    Fecha y Hora: 2013/May/01   10:25:49:8
Tomo:  2013                          Asiento: 082077
Presentante: GAVINO LASSO           Cedula: 8-843-1761
Liquidación No.: 00001300072261     Total Derechos:    50.00
Ingresado Por: JUCO

Jefe de Ingreso de Documentos
y Control de Calidad

Copia para depósitos informativos solamente

Inscrito en el Sistema Tecnológico de Información
Del Registro Público de Panamá

Departamento de Personas Ficha   746878   Sigla N° SA
Documento   237904
Operación Realizada   Acta
Derechos de Registro B/.   40.00
Derechos de Calificación B/.   10.00
Panamá,   3 de mayo de 2013

Registrador Jefe

t = 746878                    13.90.91                042525