## Bill of Sale for Yacht

The undersigned company (hereinafter called "the Seller")

Weber Investment s.r.o based in Pobřežní 297/14, Prague  8 ,Czech Republic , identification n°
CZ 25082175 represented by the designed representative  Miss. Monika Ciprová,
born on 17 May  1975  in  Bratislava , Slovak Republic , resident in Mierová 23, Bernolákovo,
Slovenská republika , Slovak Republic Citizen ,currently residing  for this Bill of sale   at  the base of
the above mentioned company;

SELLS

To the company Violet Advisors S.A. , based in _____ , City PANAMA, Panama Republic ,
represented by the designed representative Mr. IGNACIO ENRIQUE OBERTO ANSELMI
born on  _____ , Venezuela,  resident in Caracas , Venezuela, Street "Avenida
Francisco de Miranda , Torre Canvedes , piso 16",Venezuela citizen , residing  for this Bill of sale
at  the base of the above mentioned company;
who accepted to buy the following boat:

Motor Yacht:  builder:  AZIMUT  BENETTI  SPA,  VIA  COPPINO  10 ,  VIAREGGIO ,  ITALY
Model AZ 98 LEONARDO FLY , named "LEONARDO II", registered in the Czech Republic Registers ,
Registration  No:  CZE0250 ,  OL5289 ,   Hull  Identification  No:   20 ,  Year  of  built  2004 ,
Length    29,83    mt.    ,    Beam    6,80    mt.    ,    displacement    49    tonns
with  2  inboard  engines  MTU  Model  16V2000M91     Serial  No: $53610327$ and   $53610328$,
for  a  Price    of  EURO  1.450.000,00  (  One  Million  Four  Hundred  Fifty  Thousand/00  )
paid  through  Wire  Bank  Transfer,    as  agreed  in  the  Memorandum  of  Agreement
of the 04th January 2013 with all the regulations agreed. The Seller transfers all property shares
(64/64 shares) of the above described boat to the Buyer with all accessories and appurtenances ,
including  the  Tender  Model  ZODIAC  420  ProJet , the  JetSki  Kawasaki  800  SX-R  and  the  JetSki
Yamaha , as described   in the technical report of the 13th January 2013, done by  the Ship
Surveyor Mr. Dario Farabegoli.  The Seller warrants that  the boat is free and clear of all debts,
claims, liens and encumbrances of any kind whatsoever, free of all dangers of expropriation
or limit of property, free from all privileges even not written and free from all kind  of mortgages.

Due to this Sale, the Seller authorizes the Port Authority to register this Bill of Sale in favor of the
Buyer and he relieves the Port Authority from any responsibility.

The present Bill of Sale was signed by the Seller at _23_ [th] January 2013 , hour  _13 : 00_

Read, confirmed and signed.

_Prague_ , _15:00_, on the _23_ [th] January 2013

_____
The Seller
*Weber Investment s.r.o*

Běžné číslo ověřovací knihy: 0 - 702/2013

Ověřuji, že:

**JUDr. Monika Ciprová, dat. nar. 17.5.1975**
**Bernolákovo, Mierová 1542/23, SR**

jehož totožnost byla zjištěna z úředního průkazu, tuto
listinu před notářem vlastnoručně podepsal ( -a,-i,-y)

V Praze dne:

23 -01- 2013

**Notářský kandidát**
**JUDr. Jarmila Gajdošíková**
**zástupce notářky**
**JUDr. Dany Skružné**

---

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. **Česká republika**
   **Czech Republic**

   Tato veřejná listina
   This public document            JUDr. Jarmila Gajdošíková

2. byla podepsána ..................................................................
   has been signed            notářský kandidát, zástupce notářky

3. jehož funkce ....................................................................
   acting in the capacity of        JUDr. Dana Skružná

4. opatřena razítkem .............................................................
   bears the seal/stamp of        notářka v Praze

   .............................................................................

### OVĚŘENO
### CERTIFIED

5. v Praze                    6. dne .......23.1.2013..............
   at  Prague                    date

7. **Ministerstvo spravedlnosti ČR**
   **Ministry of Justice of the Czech Republic**

8. čís. ...............................
   Nº

9. kolek/razítko:                  10. Podpis:
   duty stamp/stamp:                  Signature
                                      Bc. Kateřina Hofferová
   .............................      .............................

**COMMUNAUTE EUROPEENNE**

| 2 Expéditeur / Exportateur | N° CZ25082175 | 1 DÉCLARATION | MRN |
| | WEBER INVESTMENT | EX A | |
| | 297/14 POBREZNI | | |
| CZ | PRAGUE | | 13FRC0308004841820 |

Déclaration N° 31066451
Date d'émission 2013/01/29
Bureau de Douane FR003080

5 Articles 1    6 Total des colis 1

| 8 Destinataire | N° ETRANGER |
| | VIOLET ADVISOR SA |
| | AVENIDA FRANCISCO DE MIRANDA |
| VE | PANAMA |

Référence dossier LEONARDO II

| 15 Code P.expé./expor. | 17 Code P. destination |
| a    FR | a    VE |

DOCUMENT D'ACCOMPAGNEMENT EXPORT

18 Identité du moyen de transport au départ
LEONARDO II

29 Bureau de sortie
IT069104

| 31 Colis et désignation des mar- chandises | Nombre et nature    1 BT | | 32 Article 1 N° | 33 Code des marchandises 89031090   00 4099 0000 |
| | Marque(s) et numéro(s) LEONARDO | | | |
| | Désignation commerciale EXPORTATION DU YACHT LEONARDO II VIA LA COMPAGNI E SPLITE F | | | 35 Masse brute (kg) 49 000,000 |
| | | | | 38 Masse nette (kg) 49 000,000 |

40 Déclaration sommaire / Document précédent
380 Z BILL OF SALE

| 44 Mentions spéciales / Documents produits / Certificats et autorisations | Document(s) N380 BILL OF SALE FOR YACHT 23/01/2013 |

46 Valeur statistique
1 450 000,00

E CONTRÔLE PAR LE BUREAU D'EXPÉDITION/D'EXPORTATION
Résultat : A1 – Satisfaisant

Scellés apposés :
    Nombre :
    Marques :

Délai (date limite) : 2013/04/29

K CONTRÔLE PAR LE BUREAU DE SORTIE
Date d'arrivée :
Contrôle des scellés :
Observations :

généré par ... DOUANE  version ...

**COMMUNAUTE EUROPEENNE**

| 1 DECLARATION | | FR (FR003080) | |
|---|---|---|---|
| | | 31066451 | 29/01/2013 |
| EX | A | WORLD EXPRESS SERVICE | 00002252 |

| A | 2 Expéditeur/Exportateur    No. CZ25082175 |
|---|---|
| | WEBER INVESTMENT |
| | 297/14 POBREZNI |
| | CZ  .        PRAGUE |

| 3 formulaires | 4 List, chargem | C_SOGET1301299898174 |
|---|---|---|
| 1  1 | | |
| 5 Articles | 6 Total des colis | 7 Numéro de référence |
| 1 | 1 | LEONARDO II |

8 Destinataire    No. ETRANGER
VIOLET ADVISOR SA
AVENIDA FRANCISCO DE MIRANDA
VE  .        PANAMA

| 9 Responsable financier | | No. |
|---|---|---|
| 10 Pays p. dest. d.prov | 11 Pays trans. /prod. | 12 Eléments de la valeur | 13 P.A.C. |

14 Déclarant/Représentant    No. FR41921309600070
WORLD EXPRESS SERVICE
AEROPORT NICE COTE D'AZUR
FR  06281    NICE
B. rattachement
N° agrément 00002252    Mode de représentation 3

| 15 Pays d'expédition/d'exportation | 16 Code P. expéd./exper. | 17 Code P. destination |
|---|---|---|
| | a    b   06 | e   VE   b |
| 18 Pays d'origine | 17 Pays de destination |
| | VENEZUELA |
| 20 conditions de livraison | |

18 Identité et nationalité du moyen de transport au départ / à l'arrivée
LEONARDO II

| 19 Ctr |
|---|
| 0 |

21 Identité et nationalité du moyen de transport actif franchissant la frontière

| | CZ |
|---|---|

| 22 Monnaie et montant total facturé | 23 Taux de change | 24 Nature de la transaction |
|---|---|---|
| EUR        1450000 | | 11 |

| 25 Mode transport à la frontière | 26 Mode transport intérieur | 27 Lieu de chargement / déchargement | 28 Donné.es financières et bancaires |
|---|---|---|---|
| 1 | 1 | | |

29 Bureau de sortie / d'entrée
IT069104
VOLTRI

30 Localisation des marchandises

ST JEAN CAP FERRAT

31 Colis et désignation des marchandises

Désignation commerciale
EXPORTATION DU YACHT LEONARDO II VIA LA COMP
AGNIE SPLITE F
Nombre et nature        1    BT
Marque(s) et numéro(s)
LEONARDO

| 32 article | 33 Code des marchandises | | 1er caca | 2ème caca |
|---|---|---|---|---|
| No. | 8903109000 | | 4099 | |
| 34 Code P.origine | | 35 Masse brute (kg) | 36 Préférence |
| a    CZ | | 49000 | |
| 37 régime | | 38 Masse nette (kg) | 39 Contingent |
| 10 00        000 | | 49000 | |

40 Déclaration sommaire/Document précédent
380    Z    BILL OF SALE

| 41 Unités supplémentaires | 42 Prix de l'article | 43 Code M.E. |
|---|---|---|
| NAR    1 | 1450000 EUR | |
| | Code M.S. | 45 Ajustement |
| | 46 Valeur statistique | 1450000 |

44 Mentions spéciales/Documents produits/Certificats et autorisations

Disposition(s) particulière(s)
Y903
Document(s) joint(s)
N380 BILL OF SALE FOR YACHT 23/01/2013

47 Calculs des impositions

| 48 Report de paiement | | 49 Identification de l'entrepôt |
|---|---|---|
| CE: ALKH        COD: | | |
| Mode paiement: R CRÉDIT D'ENLÈVEMENT | | |
| Mode carnet: | | |

B DONNÉES COMPTABLES

| Garanti sur OOD, hors D48 : | 0 |
|---|---|
| TVA, AI2 : | 0 |
| Montant à payer : | 0 |
| Montant non perçu : | 0 |

| Pour informations | |
|---|---|
| Partie TVA cautionnée : | 0 |
| Perte TVA non cautionnée : | 0 |

D/J    CONTROLE PAR LE BUREAU DE DEPART / DE DESTINATION        Cachet:

résultat:
Scellés apposés: Nombre
marque:
Délai (date limite):
Signature:

54 lieu et date :
Date d'édition :    29/01/2013 09:11
Date de dépôt :
Date de validation :    29/01/2013 09:12
Etat de la déclaration :    BAE
Type de procédure :    DROIT COMMUN
Signature et nom du déclarant/représentant
AHMED SENHAJI

généré par / spac-v  DOUANE
version V20U8 / 2.1.e

# STUDIO NAVALE FD
Comandante Dario Farabegoli

PRE PURCHASE SURVEY REPORT
On the
Fast cruiser yacht

"LEONARDO II"

**Azimut 98 Fly**

I underwrite **Dario Farabegoli, Ship Surveyor** enrolled to the roll of ship surveyor and experts of the Chamber of Commerce and to the Industry of Grosseto in role n°186, for category XXI "Marine, aerial and inland navigation activities" and sub categories  "Nautical, Ships and floaters generally, Average and Breakdown, Losses and damages deriving from marine average." Enrolled to the roll of ship surveyor and experts of the Court of Grosseto.

BY ORDER FROM
Mr. Mariano Augustin Diaz Ramirez

I've executed a technical surveyor of assessment on the general state of the pleasure craft described at a stretch, for evaluate the pleasure boat named "LEONARDO II" to determine its current value sales engineer in the state of fact and of law in which it resides.

For the purposes of this mandate, the writer declares that he carried out the inspection on the Yacht in question, in the yard and in the sea, in order to ascertain the condition of:

- Its state of preservation, its installation and its equipment;
- I have examined the administrative documents of Yachts

Date   9 January 2013, survey Hull , SHIPYARD

Date 10 January 2013 , survey Hull and System at morning

Date 12 January 2013, sea trial
========================================================
*I , Mariano Augustin Diaz Ramirez  confirm that I accept the conditions of use of the Boat*
*AZ 98 Leonardo II , as declared in this PrePurchaser Survey Report made by the marine surveyors*
*Dario Farabegoli on 13 January 2013  ,  also ,*
*I confirm that I want to buy the boat AZ 98 Leonardo II, under the conditions described in the*
*contract MOA of the day 04 January2013*

Caracas , Venezuela , 13/January /2013  _____
*Mariano Augustin Diaz Ramirez*

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**         dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

that this technical report has the following conditions and limitations of warranty:

## GENERAL CONDITIONS AND LIMITATIONS OF THE TECHNICAL SKILL

The technical skill doesn't preview an opinion the conditions of those leaves of the boat that are blankets, not exposed, inaccessible or in areas or space not currently visible, as an example behind linings in woven or wood, the ceilings of the cabins, under balances potfuls etc, less than these they aren't quickly accessible through a cover, removing the cover or analogous.

The technical relation cannot exclude completely the existence of defects, damns isolates or deteriorations present behind linings, ceilings, potfuls, paint jobs, fillings etc.

The skill is based exclusively on one careful visual inspection, of all the accessible atmospheres, without operate destroyed tests, and of the available equipment.

A complete inspection can be carried out only removing the linings in wood or woven, inner dollys, ceilings, tanks and the joinery. This obviously would need of time and costs prohibitory and normally don't come never executed.

The complete inspection of the motor, the generator, of pipages, electronic tanks, electrical and electronic systems can be made with a continuous and extended use of the same ones or through their taking apart, and this isn't possible to execute in one normal skill of state.

The relation doesn't imply a guarantee against wrong designs of construction, hidden or latent defects; it represents the general conditions of the boat to the date of the skill, and it is an impartial opinion underwrite, but it  cannot be considered a guarantee neither specific neither implicit.

The information contained in the relation, concerning dimensions, appraisal, ability, speed etc., have been extrapolated from nameplate of the constructor, odometer, documents of edge, plans and certify present to edge let alone from the declarations carried out from the shipowner or its legal representative. Although all the information contained are from thinking themselves correct, there aren't way to guarantee the accuracy of these.

The examination of the drive system, if demanded to the ship surveyor, comes carried out without the possibility to carry out the taking apart and therefore limited in its certainty and guarantee. When the ship surveyor stops itself to comment the operation of the machinery or the equipment during the visit of river basin or the short test in sea, these observations are from interpreting, considering that such tests don't reproduce never the operating conditions of the boat.

The relation doesn't comprise no guarantee, regarding owner of the boat or other guarantees the hypothecating state, burdens or debits weighing on the boat. The relation is compiled with the exclusive use to inform the customer and it isn't predisposed to being accepted or being supplied to third parts that can consequently read it or make an integral copy of part of its contents. The Copyright is of property of the Ship Surveyor.

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza ▪ Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**     dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

## 1) GENERAL DETAILS

| | |
|---|---|
| **YACHT NAME** | *LEONARDO II* |
| **FLAG** | *CZECH REPUBLIC* |
| **HARBOR OFFICE** | *PRAHA* |
| **HULL NUMBER** | *020* |
| **CLASS CERTIFICATION** | *RINA 100-A-1.1;Y* |
| **IMO NUMBER** | *81277* |
| **LICENSE NUMBER** | *CZE0250* |
| **ISSUED** | *PRAHA 23 APRIL 2009* |
| **VALID** | *22 APRIL 2014* |
| **OWNER** | *WEBER INVESTMENT s.r.o.* |

## 2) TECHNICAL DETAILS

| | |
|---|---|
| **BUILDERS** | *AZIMUT BENETTI S.P.A.* |
| **MODEL** | *AZIMUT 98* |
| **YEAR OF BUILD** | *2004* |
| **MATERIAL** | *FIBERGLASS /COMPOSITES* |
| **LOA (length overall)** | *29,83* |
| **BEAM (breadth overall)** | *6,80* |
| **DRAFT** | *=* |
| **DISPLACEMENT** | *49 TONNS* |

## 3) ENGINE DETAILS

| | |
|---|---|
| **ENGINE BUILDER** | *MTU* |
| **ENGINE MODEL** | *MTU16V2000M91* |
| **ENGINE NUMBER** | *536103207 RIGHT ENGINE* |
| **ENGINE NUMBER** | *536103208 LEFT ENGINE* |

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

**RINA** ⚙
Non-Exclusive Surveyor

# STUDIO NAVALE FD
### Comandante Dario Farabegoli

## 4) CZECH LAW DOCUMENTATION

### *4.1 Czech License*
The Captain show the Original license , all in order

### *4.2 Call sign for radio station*
OL5289/LEONARDO II

### *4.3 Insurance*
Yachtsure 24 certificate number  YA/12/13303, valid sine 06 May 2013

### *4.4 Security certificate expiration*
Certificate of class for Pleasure Yacht, RINA Company, number 81277-V005-001, issued in
Genova 19 May 2009, valid since years 23 April 2014

### *4.5 Liferaft expiration date and model*
Two Liferafts
- Arimar six people
    11116061, expiration date 2015
    11116065, expiration date 2015

### *4.6 Pirotechnics*
Are presents
- 4 rockets with parachute
- 4 manual red signal
- 2 smoke signal
expiration date 04 - 2015
- 2 throwing

### *4.7 Medical box*
Ocean medical international Grand Bag, under pilot seat on cockpit

---

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

### 4.8 Fixed firefighting system

System automatic with $CO_2$ extinguishers and automatic closing for ventilation inlet in engine room

Fixed extinguishers type and code:

- 3 x 30 kg $CO_2$ number 5962338 – 5962407 – 5981156 manufactured 2002, last inspection 18.05.2012

Cable release:

- 1 x 1kg $CO_2$ Faber – timer N° 98482081  date of manufacture 1998
- 1 x 1kg $CO_2$ ISER – Timer N° C69463 – manufacture 2001

### 4.9 Portable fire extinguishers

- 8 x2 kg powder ANAF – manufacture 2007
- 1 x 2 kg $CO_2$ SIRET – manufacture 2005
- 5 x 5 kg $CO_2$ SIRET – manufacture 2002
- 1 x 9 lt FOAM ANAF – manufacture 2007
- 2 x 6 kg powder ANAF – manufacture 2007
- 1 x 1 kg powder ANAF – manufacture 2006

### 4.9 Miscellanous

Approved lifejackets:

- **Vib cabin Fwd**, Stbd Cupboard Jacket n° 1 and 2 type standard orange – adult
- **Double cabin port**, Port Cupboard Jacket n° 11 and 4 type standard orange – adult
- **Twin cabin Stbd**, Stbd Cupboard jacket n° 5,6 type standard orange adult and n° 8 standard orange child
- **Master cabin**, dressing Room Jacket n° 7 and 10 type standard orange adult
- **Bridge**, port side Cupboard Jacket n° 16 type standard orange adult and n° 17 and 18 standard orange child; under seat n°5 x crew type blue self inflating
- **Flybridge,** under bridge Jacket n° 3 to 9 and 19 to 30 , 15 type standard orange adult and 4 type standard orange child

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

2/2 sailors, lifebuoy with rope and float on the flybridge, complete weather station in the saloon, anchor ropes, two anchor type Hall and double chain 125 meters + 100 meters, three cb radio for intercom crew

### *4.10 Epirb*

ACR Epirb RLB 32/ 2F75   Maritime Call Signal: 152000

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

**4.10 Picture Document**

*Czech License*





**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**

**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Rina Class certification*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**

**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

**RINA**

Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Builder certification*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Insurance certification*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it         RINA
                                                                                    Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Estinguishers certification*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Liferaft certification*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it     dfarabe@tin.it



RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Life jacket list*

## Leonardo II
## Lifejackets

| Area | Location | Jacket No's | Size | Type |
|---|---|---|---|---|
| VIP Fwd | Stbd Cupboard | 1 | Adult | Standard Orange |
| - | | 2 | Adult | Standard Orange |
| Double Port | Port Cupboard | 11 | Adult | Standard Orange |
| | | 4 | Adult | Standard Orange |
| Twin Stbd | Stbd Cupboard | 5 | Adult | Standard Orange |
| | | 6 | Adult | Standard Orange |
| | | 8 | Child | Standard Orange |
| Master Cabin | Dressing Room | 7 | Adult | Standard Orange |
| | | 10 | Adult | Standard Orange |
| Bridge | Port Side Cupboard | 16 | Adult | Standard Orange |
| | | 17 | Child | Standard Orange |
| | | 18 | Child | Standard Orange |
| | Under seat | | 5 x Crew | Blue Self Inflating |
| Flybridge | Under Bridge | 3,9 and 19 - 30 | 15 x Adult, 4 x Child | Standard Orange |

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Epirb test*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**

**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Jet sky Kawasaki manual code kaw41497f202n*



*Tender manual*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*4.11 Picture Safety equipment*

*Liferaft*





**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**

**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Epirb*



*Fire extinguishers main*



---

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Fire extinguishers 6 kg*



*Rockets*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Medical bag*



*Ikaros throwings*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

## TECHNICAL RELATION

*A* **General Inspection of the Propulsion System**

**The verifications are carried out, limitedly to the outer assessment of eventual obvious defects of operation of the system list at a stretch, specifying and advising however the verifications of the system aside of skilled technicians authorize from the manufacturing company of the propeller.**

Controlled by Motor Style, Via Tramontana 22 Viareggio (LU) (0039 0584 371173) autorizzated Service Dealer MTU,

**Generators**; 2 x 32Kva Kohler, tested by Motor Style, only external situation and running test with power charge.

Gearbox  2 ZF Vdrive

Instrument check; MTU controller program by computer

Check results;

- Sea trial check
- Historical computer

*Engine room Static Inspection, list of component checked*

| | |
|---|---|
| **Bilge Engine** | **Computer Historical database** |
| **Silent block** | **Coolant liquid** |
| **Heat exchanger** | **Gearbox** |
| **Salt water pipe** | **Injector** |
| **Diesel pipe** | **Discharged smokes** |
| **Racor filter** | **Engine vibration** |
| **Engine belts** | **Engine instrumenation** |
| **Alternator charge** | **Engine grounding** |
| **Engine oil lake** | **Engine alignment** |
| **Muffler and dicharged** | **Computer sea trial test** |
| **Sea water filter** | **Gearbox oil level** |
| **Sea water pumps** | **Engine oil level** |

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

**RINA** 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

### A.1 Static Comments

The engine room and the two engine is in **good general condition**, and the general devices and plants do not rust or wear, the insulation is intact and glued, the bilges are enough clean and free of oil, sea water seacock are good maintained and sea water filter for engine, genset, water maker, fire pumps, air conditions pumps must be cleanead and serviced.

No significant loss of oil or water, to the exclusion the right silencers line

Was also checked the oil level of the two 220 volts Kohler generators and its operation has been fixed during all Yacht test

The left genset have 4165 hours

The right genset have 4200 hours (on display)

Is condition its good, and the right generator was completely maintenance in 2012, the new hours its unknown

### A.2 Sea Trial

Test Start   12,30

Test End    15,30

The start test engine hour its:

Left engine 1422,3;

Right engine 1403.4,

Weather condition: CALM sea and Calm wind, for during the test fresh wind from SW

Weights: 6 people;

790 lts water tanks;

Empty blacks tanks;

Diesel on board, 3146 liters at test start

The speed values were determined with the GPS on board

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it          RINA ✸
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

Hull and propellers were cleaned

In addition, the fuel filter, have not been replaced, and do not have knowledge of their last replacement.

Engine test surveys recording from cockpit engine computer panel

| Engine RPM | Water temperature C° | | Engine oil pressure (bar) | | Fuel consumption for hours | Yachts speed in Knots (date from GPS) |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | | |
| 626 | | | | | | 0 |
| 1161 | 70 | 70 | 7,6 | 7,4 | | 11 |
| 1359 | 71 | 70 | 7,8 | 7,6 | 265 | 12.4 |
| 1604 | 74 | 77 | 7,7 | 7,6 | 278 | 15 |
| 1803 | 75 | 73 | 7,9 | 7,8 | 390 | 17.4 |
| 1986 | 75 | 74 | 7,8 | 7,5 | 488 | 20.4 |
| 2266 | 79 | 79 | 7,6 | 7,3 | 668 | 24,5 |
| 2312 | 79 | 79 | 7,0 | 7,3 | 754 | 26,5 |
| 2340 | 79 | 79 | 7,1 | 7,2 | 780 | 27,5 |
| | | | | | | |

*MTU REPORT recording*

Report due by Tuesday, Jan. 15

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*A.3 Observation and recommendations*

Both the data of the MTU electronic checked and sea trial test, showed no evidence of malfunction and / or inherited defects in both engines.

The MTU engineers, reported verbally as follows:

all the tests carried out during the sea trials were positive, the engines achieve the speed required by MTU, and there were no malfunctions. The external condition of the engines is not the best and it can be seen that have been played important mechanical interventions despite the few hours of motion of both motors.

In particular should be noted:

- Replacement of all the turbines
- replacement of water sea pumps
- removal of the cylinder heads

Relatively kohler generators, while the test was simulated full electrical load, trouble-free service to all systems of navigation, it should be noted that the right engine was replaced the engine block and the pump sea water and left the pump sea water

The engine hours are detected are very few for an yachts built in 2005 and running in Mediterranean Sea for years in commercial use

After the sea trial and the oral report of the technicians of MTU, was asked to the Chief of Yachts, if he was aware of recent work to both engines and only after much persuasion and anecdotal evidence has given us the files, the following Annexes, many works made from 2010 to 2012 on both engines generators, a partial explanation of the findings from the technical MTU.

No explanation was given to us about the reasons that led to perform in a few years almost 200,000 euro interventions

It is advisable to also repair the right propeller and balance of both propellers and later the two main axes

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**       **RINA** ✲
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it       Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

We recommend that, to the new owner, however, to perform the following operations before moving the boat especially if it is a long trip, for a new harbor:

- Replace engine oil
- Replacement filters diesel and oil MTU
- Replacement filters Racor and cleaned the glass box
- Checked engines and exhaust cathode protection
- Change gearbox oil and filter
- Propeller repair and balancing

For two generators we recommend:

- Replace engine oil
- Replace oil filter
- Replace diesel filter
- Checked belts
- Checked sea water impeller
- Change silent blocks left generators and wood base

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**     dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

### A.4 Picture of Engine and genset

*Left Engine*



*Right engine*



---

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it

**RINA** 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Left upper engine*



*Right upper engine*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Left gearbox*



*Right gearbox*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Engine new turbocharge right*



*Engine new turbocharge left*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Engine sea water filter*



*Engine daily tank and optical diesel level – generator wood base broke*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Left genset*



*Right genset with new engine block and new sea water pumps*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Exhaust system possible  lake, left engine*



*Engine electronic panel*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Engine technical MTU*





**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Engine sea water pumps new*



*Engine cylinder head replaced*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it     dfarabe@tin.it


RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

---

*Monaco MTU service invoice Engine and generator work on Leonardo II*

Files attached to the report

## B) Inspection of the internal structures, finishes and furnishings

In inspections of structures and interior furnishings, will be verified, as far as possible, the main hull structure and the main bulkhead.

It checks the status of the external situation of, water tanks, diesel and gray and black water, beyond what is listed below:

| | |
|---|---|
| **Ribs and frame** | **Blacks tanks fitteds** |
| **Counterpunches** | **Internal finishes** |
| **Bulkheads** | **Infiltrations** |
| **Engine structures** | **Rudder system)** |
| **Seacocks** | **Bilge** |
| **Diesel tanks fitted** | **Lokers** |
| **Water Tanks fitted** | **Others** |
| **Grey tanks fitted** | **Moquette** |

### B.1 Comments

Internal structures are free of defects or deviations and are intact and free from damage or repairs.

Structural bulkheads are properly bonded and have no cracks or defects.

The interior furnishings are in excellent condition and finish no particular signs of wear.

The fiberglass dollies in the bathrooms do not have cracks and are in excellent condition

The mattresses and cushions are in good condition.

The fittings are in good condition and working.

In general interior of the boat is in very good condition, it only detects small defects due to the age of the vessel.

---

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

## B.2 Observation and recommendations

No special comment, we believe that in view of its age the boat is in excellent general condition, to perform some minor maintenance lake:

- wire lights not work in stairs zone
- owner port light lake
- black water tank lake
- Grey tank
- Interior Vip cabin ceiling to replace
- Interior Vip cabin, bilge lake from conditioner pipe
- Serious cleaning of black water and gray tank

## B.3 Picture of interior finish

*Layout*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**     dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Black tanks lake*



*Grey tanks*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it



RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Frame state*





**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Owner port-light lake left and right*





**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

**RINA** ✺
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Vip cabin ceiling to replace*



*Bilge lake in Vip Cabin*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
### Comandante Dario Farabegoli

*Sliding doors to made maintenance*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

## C) Inspection and operation of the electrical and hydraulic system

Verification aims to verify the correct operation of facilities of the yacht.

The verification proceeds with the trial of various electrical and plumbing systems listed below

| | |
|---|---|
| **Water Heater** | **Electrics toilet** |
| **Fridge + freezer** | **Extractor engine room** |
| **Ice maker** | **Battery Ventilation** |
| **Fresh water pumps** | **Battery Charge** |
| **Microwave Owen** | **Service Battery** |
| **Dishwasher** | **Engine Battery** |
| **Hot plates** | **Inverter system** |
| **Galley extractor** | **Elettrical pannel 220volts /24 volts** |
| **Washing machine** | **Generator battery** |
| **Exiterior grill** | **Bilge pumps** |
| **Interior Lights** | **Air condition** |
| **External pumps** | **Shower drainings** |
| **Hydraulics system** | **Shower pumps** |
| **Gangway** | **Blaks tanks pump** |
| **Hydraulic hangar** | **Grey tanks Pumps** |
| **Hydraulic  hard top** | **Hydraulic Jet sky hangar** |
| **Plumbing system** | **Cable master** |
| **Anchor windlass** | **External lights** |

## C.1 Comments

With the exception of some functional problems due to lack of use, both the electrical and the hydraulics are in good condition. Some lights do not work in cabin corridor , you will have control of the light bulbs and switches.

The service batteries are located in the engine room bilge. This placement leaves us very perplexing, in the event of flooding, and submersion of batteries.

Suggest the displacement of the batteries in a higher position.

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
www.studionavalefd.it        dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

The electric fuel valves its in the bilge under the engine, with out manual open system, we think its necessary change system.

The only one Watermaker its insufficient, suggest the installation of a second watermaker auxiliary or emergency by at least 100 liters.

The system forward hangar, where it is stowed the Tender, is very complex and dangerous, you must be a substantial change in the system of opening and closing .

It is recommended that a second transfer pump of the fuel mounted in parallel to the primary, for emergency.

Electric Hard Top not work

**Diesel tank capacity**  10500 lts, in hull fiberglass
**Water tanks capacity** 1700 lts in fiberglass tanks

Battery charge system by Cantalupi produce 24 volts in continuous, and supply the service battery , after the system surge power from the battery

**Battery composition:**
Service battery in engine bilge
Engine start battery in engine room
Stabilizer battery in engine room
Two generator start battery

**Air Conditioning Cruiseder**
- 1 x units Master cabin, 1 x unites VIP cabin, 1 x unit port guest cabin
- 1 x units starboard guest cabin, 1 x units bridge
- 2 x units saloon, 1 x unit dining room, 1 x unit galley, 1 x unit crew quarters

**Bow thruster**
- hydraulic with joystick in wheelhouse and flybridge

**Watermaker**
- Idromar 150 liter por hours

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza ▪ Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**         dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

**Galley equipment**

- Stainless steel twin-sink with macerator pump
- Two fridge with two deep freezer
- Miele cooking hot plate
- Miele dishwasher
- Siemens microwave
- Convention owen
- Custom range hood
- 12 Bootle Wine fridge
- Miele washing machine
- Miele tumle dryer – stainlees steel counter tops
- Fridge on saloon bar
- Fridge in flybridge
- Barbeque grill

**Electricity**

- 380volts 3 phase shore power

**Jacuzzi hydro massage**

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza ▪ Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it     dfarabe@tin.it

 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*C.2 Picture*

*Hot plates,*



*Owen and microwave*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it     dfarabe@tin.it



RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Galley fridge seals problem*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**         dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Galley deep freezer lake on wood*



*Dishwasher*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Flybridge grill*



*Fly bridge fridge*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Saloon fridge and wine fridge*



*Jacuzzi on flybridge*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Fresh water pumps Gianneschi e Ramaccioti 24 volts*



*Bilge pumps Gianneschi e Ramacciotti 24 volts*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**       dario.farabegoli@studionavalefd.it    dfarabe@tin.it      RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Black water pumps*



*Grey pumps*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Toilets vacuum pumps*



*Oil pumps transfer in engine room*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Fuel transfer pump*



*Automatic bilge pumps central boat*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
### Comandante Dario Farabegoli

*Hydraulic bow thruster*



*Anchor line*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it         RINA ✦
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Left Electric windlass engine*



*Right electric windlass engine*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Morning windlass anchor zone*



*Chain locker to must divided*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Gangway teak replace*



*Gangway door seals*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Hydraulic platform piston*



*Hydraulic platform*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**         dario.farabegoli@studionavalefd.it    dfarabe@tin.it



RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*Hydraulic pump*



*Hydraulic system*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Hydraulic stabilizer box*



*Engine start battery*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Service battery to near the bilge*



*Main electric panel*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it     dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*Hydraulic hangar jet sky*



*Battery charge*



**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**          dario.farabegoli@studionavalefd.it     dfarabe@tin.it

**RINA** ✷
Non-Exclusive Surveyor

# STUDIO NAVALE FD
### Comandante Dario Farabegoli

### D) Superstructure, deck fittings, apertures and others

This inspector wants to check the status of the superstructure of the bridge deck, to graphics, the teak deck accessories and any other relevant present and indicated in the list below

| | |
|---|---|
| **Bow's pulpit** | **Platform teak** |
| **Stern pulpit** | **Cockpit teak** |
| **Gangway function** | **Antiskid state** |
| **Lokers** | **Painting finiture** |
| **Hatch** | **Window sealant** |
| **Cleats** | **Hard top antenna** |
| **Platform** | **Fuel deck filler** |
| **Hydraulic external table** | **Water deck filler** |

### D.1 Comments

The general state of the deck and superstructure and its accessories is very good;

The superstructures need polish work

The teak decks of the two bow walkway are in good condition The platform teak need replace rubber in many seams.

No outdoors cushions is on board

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**

**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 

Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

*D.2 Picture*

*Bow*

*Left walkway*

*Right walkway*

*Left door*

*Right door*

*Platform*

*External cockpit*

*Teak seams to replace*

*Tender*

*Hangar door*

*Hydraulic piston hangar door, to change system*

*Hydraulic grue*

*Jet sky Yamaha*

*Jet sky Kawasaki*

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)  Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA 
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

*E) Board instrumentation, electronics, comfort*

The checks are performed only functional, while the tests are turned on all the equipment on board the yacht, to verify operation.

Below is a list of devices tested

| Instrument | Model |
|---|---|
| VHF | RAYMARINE |
| GPS Plotter | RAYMARINE CHART PLOTTER |
| RADAR GPS | RAYMARINE |
| Automatic pilote | RAYMARINE |
| Log | RAYMARINE |
| Stereo | CABIN + SALOON+COCPIT |
| TV | SALOON+ VIP C.+ OWNER C.+ GALLEY |
| Engine camera | YES (not work ) |
| Genset | 2xKOHLER 32 KW |
| Tender | Zodiac 4,2 waterjet Kawasaky Ultra 150PWC |
| Engine Pannel | CANTALUPI, Viareggio |
| Engine trottle | ELECTRONIC ZF |
| Water maker | IDROMAR 150 LTS FOR HOURS |
| Bow thruster | HYDRAULIC |
| Sat antenna | YES |
| Compass | RIVIERA WHITE STAR |

*E.1 Comments*

All components operate properly;

Were not shown  the tender documents (CE) and inboard tender engine document, and the two Jet sky

---

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza **-** Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD
Comandante Dario Farabegoli

The tender, the water maker, the two jet sky has not been tested for organizational and logistical problems, bath both are winter maintenance by Captain declaration

*E.2 Picture*
*Compass*
*Water maker*
*Water maker hours*
*Water maker filter*
*Air condition group*
*Air condition pumps lake*
*Electric panel*
*MTU engine electronic pannel (two)*
*Radar*
*Gps Plotter*
*Autopilot (not work)*
*Principal electric panel (crew cabin)*
*Rudder indicator, wind station and flaps indicator*

## HULL SURVEY REPORT

- ***F.1 Picture***

***G) Spare parts on board***
Not show spare parts
***G.1 Picture***
No photo

## FINAL REPORT

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**      dario.farabegoli@studionavalefd.it      dfarabe@tin.it

RINA
Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

## CONCLUSION

The yacht Leonardo II, despite the presence of a professional crew the yacht lacks many of the routine maintenance. Luckily internally and technically is in very good condition, and many of the failures reported in the survey, can be easily from his new professional crew.

The structures are in very good condition excluding the two central spray rails and the osmosis of the two blades of the stabilizers.

The sea trial of engines did not show defects in operation, but has not been able to ascertain why have been made numerous and important work of maintenance to both motors and to the two generators.

The only one Watermaker its insufficient, suggest the installation of a second watermaker auxiliary or emergency by at least 100 liters.

The system forward hangar, where it is stowed the Tender, is very complex and dangerous, you must be a substantial change in the system of opening and closing

However, we recommend a repair.

We note the following defects developed:
- Central spray rails repaired with humidity and cracks, to be repair properly
- Right propeller one blade bents
- Anodos must replace on axis an other location
- Ancor connection with kenter shackle, necessity different system
-

Orbetello 13 January 2013

Marine Survey

Captain Dario Farabegoli

Studio Navale Nautica da Diporto

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
www.studionavalefd.it        dario.farabegoli@studionavalefd.it    dfarabe@tin.it

 RINA

Non-Exclusive Surveyor

# STUDIO NAVALE FD

Comandante Dario Farabegoli

PRE PURCHASE SURVEY REPORT
On the
Fast cruiser yacht

"LEONARDO II"

**Azimut 98 Fly**

I underwrite **Dario Farabegoli, Ship Surveyor** enrolled to the roll of ship surveyor and experts of the Chamber of Commerce and to the Industry of Grosseto in role n°186, for category XXI "Marine, aerial and inland navigation activities" and sub categories  "Nautical, Ships and floaters generally, Average and Breakdown, Losses and damages deriving from marine average." Enrolled to the roll of ship surveyor and experts of the Court of Grosseto.

BY ORDER FROM
Mr. Mariano Augustin Diaz Ramirez

I've executed a technical surveyor of assessment on the general state of the pleasure craft described at a stretch, for evaluate the pleasure boat named "LEONARDO II" to determine its current value sales engineer in the state of fact and of law in which it resides.

For the purposes of this mandate, the writer declares that he carried out the inspection on the Yacht in question, in the yard and in the sea, in order to ascertain the condition of:

- Its state of preservation, its installation and its equipment;
- I have examined the administrative documents of Yachts

Date  9 January 2013, survey Hull , SHIPYARD

Date 10 January 2013 , survey Hull and System at morning

Date 12 January 2013, sea trial

*I , Mariano Augustin Diaz Ramirez  confirm that I accept the conditions of use of the Boat*
*AZ 98 Leonardo II , as declared in this PrePurchaser Survey Report made by the marine surveyors*
*Dario Farabegoli on 13 January 2013  ,  also ,*
*I confirm that I want to buy the boat AZ 98 Leonardo II, under the conditions described in the*
*contract MOA of the day 04 January2013*

Caracas , Venezuela , 13/January /2013

*Mariano Augustin Diaz Ramirez*

**Studio Navale Nautica da Diporto**

Perizie - Consulenze Tribunale - Rinnovi Certificati Sicurezza - Certificazioni CE - Project Manager - Sorveglianza lavori

S.P. di Giannella 164  58015 Orbetello (GR)   Recapiti: **+39 339 3050522**  o  **+39 392 4072045**
**www.studionavalefd.it**     dario.farabegoli@studionavalefd.it   dfarabe@tin.it

**RINA** 
Non-Exclusive Surveyor