☒ 001/003

06/10/2013 13:14 FAX 5618429836   LUND & PULLARA

## M05-075 J. P. REYNOLDS CO., INC.

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**DECLARATION FOR FREE ENTRY OF UNACCOMPANIED ARTICLES**

19 CFR 148.6, 148.52, 148.53, 148.77

FORM APPROVED OMB NO. 1651-0014 Exp. 08-31-2013

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0014. The estimated average time to complete this application is 45 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW, Washington DC 20229.

**PART I -- TO BE COMPLETED BY ALL PERSONS SEEKING FREE ENTRY OF ARTICLES** (Please consult with the CBP official for additional information or assistance. REMEMBER-- All of your statements are subject to verification. False declarations or failure to declare articles could result in penalties.)

| 1. IMPORTER'S NAME (Last, first and middle) | 2. IMPORTER'S DATE OF BIRTH | 3. IMPORTER'S DATE OF ARRIVAL |
|---|---|---|
| ANSELAMI, IGNACIO ENRIQUE | 06/02/1983 | N/A |

| 4. IMPORTER'S U.S. ADDRESS | 5. IMPORTER'S PORT OF ARRIVAL |
|---|---|
| BERTH 1 | N/A |
| PORT OF PALM BEACH, FL | 6. NAME OF ARRIVING VESSEL CARRIER AND FLIGHT/TRAIN |
| dba Violet Advisors SeA | N/A |

7. NAME(S) OF ACCOMPANYING HOUSEHOLD MEMBERS (wife, husband, minor children, etc)

N/A

| 8. THE ARTICLES FOR WHICH FREE ENTRY IS CLAIMED BELONG TO ME AND/OR MY FAMILY AND WERE IMPORTED | A. DATE | B. NAME OF VESSEL/CARRIER | C. FROM (Country) | D. B/L OR AWB OR IT. NO. |
|---|---|---|---|---|
| | 06/09/2013 | SCHIPPERSCRACHT | ITALY | SSF/SCGRFB133507 |

| E. NUMBER AND KINDS OF CONTAINERS | F. MARKS AND NUMBERS |
|---|---|
| 1 PC MOTOR YACHT | AZIMUT 98 MOTOR YACHT "LEONARDO II" |

**PART II -- TO BE COMPLETED BY ALL PERSONS EXCEPT U.S. PERSONNEL AND EVACUEES**

| 9. RESIDENCY ("X" appropriate box) I declare that my place of residence abroad ☒ is ☐ was | A. NAME OF COUNTRY PANAMA | B. LENGTH OF TIME 2 Yr. |
|---|---|---|

C. RESIDENCY STATUS UPON MY/OUR ARRIVAL ("X" One)
☐ (1) Returning resident of the U.S.   ☒ (2) Non resident   ☐ a. Emigrating to the U.S.   ☒ b. Visiting the U.S.

10. STATEMENT(S) OF ELIGIBILITY FOR FREE ENTRY OF ARTICLES
I the undersigned further declare that ("X" all applicable items and submit packing list):

A. Applicable to RESIDENT and NONRESIDENT
☐ (1) All household effects acquired abroad for which free entry is sought were used abroad for at least one year by me or my family in a household of which I or my family was a resident member during such period of use, and is not intended for any other person or for sale. (9804.00.05, HTSUSA)

☐ (2) All instruments, implements, or tools of trade, occupation or employment, and all professional books for which free entry is sought were taken abroad by me or for my account or I am an emigrant who owned and used them abroad. (9804.00.10, 9804.00.15, HTSUSA)

B. Applicable to RESIDENT ONLY
☐ All personal effects for which free entry is sought were taken abroad by me or for my account. (9804.00.45, HTSUSA)

C. Applicable to NONRESIDENT ONLY
☐ (1) All household effects acquired abroad for which free entry is sought were used abroad for at least one year by me or my family in a household of which I or my family was a resident member during such period of use, and are not intended for any other person or for sale. (9804.00.05, HTSUSA)

☒ (2) Any vehicles, trailers, bicycles or other means of conveyance being imported are for the transport of me and my family and such incidental carriage of articles as are appropriate to my personal use of the conveyance. (9804.00.35, HTSUSA)

**PART III -- TO BE COMPLETED BY U.S. PERSONNEL AND EVACUEES ONLY**

I, the undersigned, the owner, importer, or agent of the importer of the personal and household effects for which free entry is claimed, hereby certify that they were in direct personal possession of the importer, or of a member of the importer's family residing with the importer, while abroad, and that they were imported into the United States because of the termination of assignment to extended duty (as defined in section 148.74(d) of the Customs Regulations) at a post or station outside the United States and the CBP Territory of the United States, or because of Government orders or instructions evacuating the importer to the United States; and that they are not imported for sale or for the account of any other person and that they do not include any alcoholic beverages or cigars. Free entry for these effects is claimed under Subheading No. 9805.00.50, Harmonized Tariff Schedule of the United States.

| 1. DATE OF IMPORTER'S LAST DEPARTURE FROM THE U.S. | 2. A COPY OF THE IMPORTER'S TRAVEL ORDERS IS ATTACHED AND THE ORDERS WERE ISSUED ON: |
|---|---|

**PART IV -- TO BE COMPLETED BY ALL PERSONS SEEKING FREE ENTRY OF ARTICLES** (Certain articles may be subject to duty and/or other requirements and must be specifically declared herein. Please check all applicable items and list them separately in box D on the reverse.)

A. For U.S. Personnel, Evacuees, Residents and Non-Residents
☐ (1) Articles for the account of other person.
☐ (2) Articles for sale or commercial use.
☐ (3) Firearms and/or ammunition.
☐ (4) Alcoholic articles of all types or tobacco products.
☐ (5) Fruits, plants, seeds, meats, or birds.
☐ (6) Fish, wildlife, animal products thereof.

B. For Residents and Non-Residents ONLY
☐ (7) Foreign household effects acquired abroad and used less than one year.
☐ (8) Foreign household effects acquired abroad and used more than one year.

C. For Resident ONLY
☐ (9) Personal effects acquired abroad.
☐ (10) Foreign made articles acquired in the United States and taken abroad on this trip or acquired abroad on another trip that was previously declared to CBP.
☐ (11) Articles taken abroad for which alterations or repairs were performed abroad.

CBP Form 3299 (10/08)

06/10/2013 13:14 FAX 5618429836      LUND & PULLARA      ☒002/003

| D. LIST OF ARTICLES | | | |
|---|---|---|---|
| (1) ITEM NUMBER CHECKED IN PART I, A, B, C | (2) DESCRIPTION OF MERCHANDISE | (3) VALUE OF COST OF REPAIRS | (4) FOREIGN MERCHANDISE TAKEN ABROAD THIS TRIP. State where in the U.S. the foreign merchandise was acquired or where and where it was previously declared to C&P. |
| | 1 PC AZIMUT 58 MOTOR YACHT NAME: LEONARDO II REGISTRY: PARMA (UNREGISTERED) PLEASURE CRUISING ONLY YACHT TRANSITTING THE USA HTSUS CHAPTER 89, US NOTE 1 NO FORMAL ENTRY REQUIRED | | |

**PART V — CARRIER'S CERTIFICATE AND RELEASE ORDER**

The undersigned carrier, to whom or upon whose order the articles described in PART I, B, must be released, hereby certifies that the person named in Part I, 1, is the owner or consignee of such articles within the purview of section 484(h), Tariff Act of 1930.

In accordance with provisions of section 484(h), Tariff Act of 1930, authority is hereby given to release the articles to such consignee.

| 1. NAME OF CARRIER | 2. SIGNATURE OF AGENT (Print and sign)  Date |
|---|---|

**PART VI — CERTIFICATION TO BE COMPLETED BY ALL PERSONS SEEKING FREE ENTRY**

I, the undersigned, certify that this declaration is correct and complete.

1. "X" One
   ☒ A. Authorized Agent* (Power of atty obtained from the importer)   ☐ B. Importer

| 2. SIGNATURE | 3. DATE 06/06/2013 |
|---|---|

*An Authorized Agent is defined as a person who has actual knowledge of the facts and who is specifically empowered under a power of attorney to execute this declaration (see 19 CFR 141.19, 141.32, 141.35).

| PART VII — CBP USE ONLY (Inspected and Released) | 1. SIGNATURE OF CBP OFFICER | 2. DATE 6/7/13 |
|---|---|---|

CBP Form 3299 (10/09)

-46/590// #1

| | |
|---|---|
| Yacht owner: VIOLET ADVISORS<br>VIA FRANCESCO FLAVIORI 40<br>00053 CIVITAVECCHIA<br>ITALY | **CARGO RECEIPT**<br>**NON-NEGOTIABLE**<br>SFFVSCGEPB130507 |
| Consignee: VIOLET ADVISORS<br>VIA FRANCESCO FLAVIORI 40<br>00053 CIVITAVECCHIA<br>ITALY | Ocean Carrier:<br>Spliethoff Transport B.V. |

Vessel:
  Schippersgracht

| Place of receipt: | Port of discharge:<br>Palm Beach FL |
|---|---|
| Port of loading:<br>Genoa | Place of delivery: |

Yacht Owner's description of the Yacht (incl. separate parts/modules of the Yacht):

Manufacturer: Azimut 98
Name: "Leonardo II"
LOA: 29.87m
Beam: 7.19m

1 Pieces Used Yacht on cradle

90,000.00 kg

VIOLET ADVISORS
VIA FRANCESCO FLAVIORI 40
00053 CIVITAVECCHIA
ITALY

**CARRIED ON DECK WITH YACHT OWNER'S CONSENT**
This document serves as a Cargo Receipt only.

The Yacht is always carried at Yacht Owner's risk; the Ocean Carrier not to be responsible for any loss or damage or delay to the Yacht whatsoever and howsoever arising and by whosoever caused, including negligence of the Ocean Carrier, its agents, sub-agents, servants, employees, contractors or sub-contractors to any level.

The goods shipped under this Cargo Receipt will be delivered to the party nominated by the Yacht Owner on production of proof of identity and authority without any further documentary formalities. The Ocean Carrier to exercise due care ensuring that delivery is made to the proper party. However, in case of incorrect delivery, no responsibility will be accepted. The transport of the Yacht is subject to the Contract of Ocean Carriage**, all terms and conditions, liberties, clauses and exceptions of which, including but without limitation the Insurance and Liability Clause (Clause 6) and the Law and Jurisdiction Clause (Clause 17), shall be deemed to be incorporated in this Cargo Receipt and shall constitute the contract of carriage and no bills of lading will be issued.

RECEIVED on board for carriage as specified above according to Yacht Owner's declaration in apparent good order and condition - unless otherwise stated herein - condition of contents and value unknown.

* If expressly agreed.
** Issued pursuant to and subject to the terms and conditions of the Contract of Ocean Carriage dated:
08 Apr 2013

Place and date of issue:
GENOA, 21/05/13

Signature:
(for and on behalf of the Ocean Carrier)