

## CERTIFICATE OF BRITISH REGISTRY

### PARTICULARS OF SHIP

| NAME OF SHIP | NUMBER, YEAR AND PORT OF REGISTRY | OFFICIAL NUMBER |
|---|---|---|
| **THE ROUND** | **57 IN 2013, GEORGE TOWN** | **745127** |
| NAME & ADDRESS OF BUILDERS | TYPE OF SHIP | SIGNAL LETTERS |
| **AZIMUT BENETTI S.p.A. BENETTI SHIPYARD VIA M. COPPINO 104 VIAREGGIO (LU) ITALY** | **PLEASURE YACHT** | **ZGDH3** |
| | MATERIAL USED TO CONSTRUCT HULL | IMO NUMBER (IF ANY) |
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY) | **GLASS REINFORCED PLASTIC** | **-** |
| **CZE0250 LEONARDO II  PRAGUE** | DATE KEEL LAID | DATE MEASURED |
| | **2004** | |

### PRINCIPAL DIMENSIONS

| | | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE: | |
|---|---|---|---|
| LENGTH (m): | **27.08** | | |
| BREADTH (m): | **6.80** | | |
| MOULDED DEPTH (m): | **3.35** | GROSS TONNAGE: | **163** |
| MOULDED DRAUGHT (m): | **2.51** | NET TONNAGE: | **48** |
| OVERALL LENGTH (m): | **29.83** | *For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage.* | |

### PARTICULARS OF ACCOMMODATION

| | |
|---|---|
| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | **-** |
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | **-** |

### ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| **MTU MODEL 16V2000M91 SERIAL NO: 53610327/53610328** | **MTU FRIEDRICHSHAFEN GMBH MAYBACHPLAZ 1 88040 FRIEDRICHSHAFEN GERMANY** | NO. OF SETS: | |
| | | NO. OF SHAFTS: | **-** |
| | | WHEN MADE: | **-** |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| | | | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| | | NUMBER: | **-** |
| **-** | **-** | WORKING PRESSURE: | **-** |
| | | WHEN MADE: | **-** |

### ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| **0** | **0** | **TWIN SCREW** |

### NAME AND ADDRESS OF THE OWNER

**NUMBER OF SIXTY-FOURTH SHARES**

| | |
|---|---|
| **VIOLET ADVISORS, S.A. PANAMA CITY REPUBLIC OF PANAMA** | **64 SHARES** |

CAYMAN ISLANDS SHIPPING REGISTRY

DATED AT **GEORGE TOWN, CAYMAN ISLANDS** ON **6 JUNE 2013**.

**REGISTRAR OF BRITISH SHIPS**

**NOTICE:** *A Certificate of Registry is not a document of Title. It does not necessarily contain notice of all changes of ownership, and in no case does it contain an official record of any mortgages affecting the ship. In case of any change of ownership it is important for the protection of the interests of all parties that the change should be registered according to law. Changes of ownership, address or other registered particulars should be notified to the Registrar at the Port of Registry. Should the Vessel be lost, broken up, or cease to be entitled to be registered in the Cayman Islands, notice thereof, together with the Certificate of Registry, if in existence, should within 30 days be given to the Registrar of Shipping at George Town in the Cayman Islands under a penalty for default.*
**NOTE:** *For the purpose of this Certificate, when a Pleasure Yacht is engaged in trade (by carrying passengers for hire, reference SOLAS Chapter 1, Part A, Regulation 3(a)(v)) it may also be referred to as a Commercial Vessel.*

**6 JUNE 2013: THIS CERTIFICATE OF BRITISH REGISTRY WILL EXPIRE IN 90 DAYS FROM THE DATE OF ISSUE.**

