

**POWER OF ATTORNEY**

BE IT KNOWN, that **VIOLET ADVISORS, S.A. / GERNAN JACOMA** has made and appointed, and by these presents does make and appoint **ARMANDO FERNANDEZ** true and lawful attorney for him/her and in his/her name, place and stead, for the following specific and limited purposes only:

Make/Model: **98" AZIMUT (THE ROUND)**

VIN:

TITLE NUMBER: **745 5127**

giving and granting said attorney, full power and authority to do and perform all and every act and thing whatsoever necessary to be done in and about the specific and limited premises (set out herein) as fully, to all intents and purposes, as might or could be done if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this **15** day of **MARCH**, 20**20**.

Signed, sealed and delivered in the presence of:

_____   _____
Witness                                         

_____
Witness

State of **Florida**   )
                                       ) ss.
County of **Dade**    )

The foregoing instrument was acknowledged by me this **15** day of **March**, 20**20** by: **Person** who is/are personally known by me or who has/have produced: **D/L** as identification and who did not take an oath.

_____
Notary Public
State of

Notary Public State of Florida
Fanny Leon
My Commission EE 219173
Expires 07/24/2016

My Commission Ex...                                 (SEAL)



BILL OF SALE OF VESSEL

1/17/2015

Owner
VIOLET ADVISORS. S.A
PANAMA CITY
113 Paloma Central
REPUBLIC OF PANAMA

BUYER
EXCELLENT AUTO GROUP INC
775 West 83 Ave
Hialeah Fl 33014

For Sale of vessel $200,000.00 As is conditions, buyer understands MTU MODEL MOTORS ARE BLOWNED SERIAL 53610327/53610328, the name ship THE ROUND AZIMUT 745127 title in CAYMAN ISLANDS, August 15, 2014, Buyer Excellent Auto Group Inc or assigns has paid in full for this vessel.

AGREE.

SELLER
German Jacome
VIOLET ADVISORS, SA
PANAMA CITY
REPUBLIC OF PANAMA

Notary Public State of Florida
Fanny Leon
My Commission EE 219173
Expires 07/24/2016

AGREE

BUYER
EXCELLENT AUTO GROUP INC
775 West 83 street
Hialeah Fl 33014
Alberto Alcivar
President

Photograph of a clipboard holding a Florida Registration Renewal Notice (with a sticky note reading "The Tax Collector's Office is now located at 200 NW 2nd Ave Miami 33128 — RENEW ONLINE: www.miamidade.gov/taxcollector — Process: 3/4/2020 CA202052II") paper-clipped atop an HSMV 82040 (Rev. 11/15) form. Visible sections of the form include:

**MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION** — verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured before…) by a licensed dealer, Florida notary public, police officer, or Florida Division of Motor Vehicles employee, or by an out of state motor vehicle dealer. Fields: Vehicle Identification Number, Printed Name, Badge # or Florida Dealer #, Notary Stamp or Seal, Florida Compliance Examiner/Inspector Badge or ID Number, Notary's Signature.

**SALES TAX EXEMPTION CERTIFICATION** — fields for Consumer's Certificate of Exemption Number, Sales Tax Registration Number; checkboxes including INHERITANCE, GIFT, EVEN TRADE OR TRADE DOWN, TRANSFER BETWEEN A MARRIED COUPLE, OTHER (EXPLAIN).

**10 REPOSSESSION DECLARATION** — If checked, the following certifications are made by the applicant:
- I certify that this motor vehicle, mobile home or vessel was repossessed upon default in the terms of the lien instrument and is now in my possession.
- (Vessel) A photocopy of the lien instrument for the vessel is required and attached.
- I am requesting that an original certificate of repossession be issued for the motor vehicle or mobile home in lieu of a title (repossession).
- I am requesting that a duplicate certificate of repossession be issued for the motor vehicle or mobile home, as the original has been lost or destroyed.

**11 NON-USE AND OTHER CERTIFICATIONS** — If checked, the following certifications are made by the applicant:
- I certify that the certificate of title is lost or destroyed.
- The vehicle identified will not be operated on the streets and highways of this state until properly registered.
- The vessel identified will not be operated on the waters of this state until properly registered.
- Other: (explain)

**12 APPLICATION ATTESTMENT AND SIGNATURES** — I/we physically inspected the odometer/VIN and further agree to defend the title against all claims. (More than one form HSMV 82040 may be used for additional signatures.) Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Applicant (Owner): [signature]   Date: 3/2/2014   Signature of Applicant (Co-Owner): ____   Date: ____

**13 RELEASE OF SPOUSE OR HEIRS INTEREST** — The undersigned person(s) state(s) as follows: That ____ (Name of Deceased) died on ____ (Date). ☐ testate (with a will)  ☐ intestate (without a will) and left the surviving heir(s) named below. ☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Print or Type Name of Spouse, Co-owner or Heir(s) | Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

Residents of Florida and all vessel owners, residing in Florida or out of state, should submit this form and all required documentation to a local Florida tax collector's office or the Florida tax collector's office located in the applicant's county of residence for processing. Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/ www.flhsmv.gov

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC



## DUPLICATE CERTIFICATE OF BRITISH REGISTRY

### PARTICULARS OF SHIP

| | | | |
|---|---|---|---|
| **NAME OF SHIP** | | **NUMBER, YEAR AND PORT OF REGISTRY** | **OFFICIAL NUMBER** |
| THE ROUND | | 57 IN 2013, GEORGE TOWN | 745127 |
| **NAME & ADDRESS OF BUILDERS** | | **TYPE OF SHIP** | **SIGNAL LETTERS** |
| AZIMUT BENETTI S.p.A. VIA M. COPPINO, 104 55049 VIAREGGIO (LU) ITALY | | PLEASURE YACHT | ZGDH3 |
| | | **MATERIAL USED TO CONSTRUCT HULL** | **IMO NUMBER (IF ANY)** |
| **NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY)** | | GLASS REINFORCED PLASTIC | - |
| CZE0250 LEONARDO II PRAGUE | | **DATE KEEL LAID** | **DATE MEASURED** |
| | | 2004 | |

### PRINCIPAL DIMENSIONS

| | | | |
|---|---|---|---|
| LENGTH (m): | 27.08 | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE: | |
| BREADTH (m): | 6.80 | | |
| MOULDED DEPTH (m): | 3.35 | GROSS TONNAGE: | 163 |
| MOULDED DRAUGHT (m): | 2.51 | NET TONNAGE: | 48 |
| OVERALL LENGTH (m): | 29.83 | For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage. | |

### PARTICULARS OF ACCOMMODATION

| | |
|---|---|
| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | 4 |
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | 8 |

### ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| MTU MODEL 16V2000M91 SERIAL NO: 53610327/53610328 | MTU FRIEDRICHSHAFEN GMBH MAYBACHPLATZ 1 PF 2040 88040 FRIEDRICHSHAFEN GERMANY | NO. OF SETS: | 2 |
| | | NO. OF SHAFTS: | 2 |
| | | WHEN MADE: | 2003 |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| 12 | | | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| - | - | NUMBER: | - |
| | | WORKING PRESSURE: | - |
| | | WHEN MADE: | - |

### ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| 2984 | 20 | MOTOR |

**NAME AND ADDRESS OF THE OWNER**
OLET ADVISORS, S.A.
PANAMA CITY
REPUBLIC OF PANAMA

**NUMBER OF SIXTY-FOURTH SHARES**
64 SHARES

CAYMAN ISLANDS SHIPPING REGISTRY

REGISTRAR OF BRITISH SHIPS

ISSUED AT GEORGE TOWN, CAYMAN ISLANDS ON 15 AUGUST 2014.

NOTICE: A Certificate of Registry is not a document of Title. It does not necessarily contain notice of all changes of ownership, and in no case does it contain an official record of any charges affecting the ship. In case of any change of ownership it is important for the protection of the interests of all parties that the change should be registered according to law. Transfers of ownership, address or other registered particulars should be notified to the Registrar at the Port of Registry. Should the Vessel be lost, broken up, or cease to be entitled to be registered in the Cayman Islands, notice thereof, together with the Certificate of Registry, if in existence, should within 30 days be given to the Registrar of Shipping at George Town in the Cayman Islands under a penalty for default.
For the purpose of this Certificate, when a Pleasure Yacht is engaged in trade (by carrying passengers for hire, reference SOLAS Ch...
...referred to as a Commercial Vessel.



OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## ENTRY SUMMARY

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| F65 | SHIP | 3-4-2020 | | | | 9\10\2018 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| Port of MIA | T-W | US CAYMAN ISLAND | 3-4-2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| | AZIMUT | US | |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | 2004 | | (745127) | MIA-US |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|

25. Ultimate Consignee Name (Last, First, M.I.) and Address
WORLD WIDE CHARTERS
Street 16176 FEDERAL Hwy
City POMPANO BEACH State FL. Zip 33062

26. Importer of Record Name (Last, First, M.I.) and Address
Street
City State Zip

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 01 | 98 Feet Azimut | | +30T. | 1.7M | 1.5% | | |

Other Fee Summary (for Block 39)

| 35. Total Entered Value | CBP USE ONLY | | |
|---|---|---|---|
| $ 1,700,000.00 | A. LIQ Code | B. Ascertained Duty | TOTALS |
| Total Other Fees | | | 37. Duty |
| $ 25,500.00 | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | D. Ascertained Other | 39. Other |
| | | E. Ascertained Total | 40. Total 25,500.00 |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

41. Declarant Name (Last, First, M.I.)
EXCELLENT AUTO GROUP  Title President  Signature

42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number
ARMANDO FERNANDEZ 3052004620

43. Broker/Importer File Number
PAID 3/4/2020

Date 3/4/2020

CBP Form 7501 (12/19)

Paperwork Reduction Act Notice