

## TRANSCRIPT OF BRITISH REGISTRY

### PARTICULARS OF SHIP

| NAME OF SHIP | NUMBER, YEAR AND PORT OF REGISTRY | OFFICIAL NUMBER |
|---|---|---|
| THE ROUND | 57 IN 2013, GEORGE TOWN | 745127 |
| NAME & ADDRESS OF BUILDERS | TYPE OF SHIP | SIGNAL LETTERS |
| AZIMUT BENETTI S.p.A. VIA M. COPPINO 104 55049 - VIAREGGIO ITALY | PLEASURE YACHT | ZGDH3 |
| | MATERIAL USED TO CONSTRUCT HULL | IMO NUMBER (IF ANY) |
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY) | GLASS REINFORCED PLASTIC | - |
| CZE0250 LEONARDO II PRAGUE | DATE KEEL LAID | DATE MEASURED |
| | 2004 | |

### PRINCIPAL DIMENSIONS

| LENGTH (m): | 27.08 | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE: | |
|---|---|---|---|
| BREADTH (m): | 6.80 | | |
| MOULDED DEPTH (m): | 3.35 | GROSS TONNAGE: | 163 |
| MOULDED DRAUGHT (m): | 2.51 | NET TONNAGE: | 48 |
| OVERALL LENGTH (m): | 29.83 | *For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage.* | |

### PARTICULARS OF ACCOMMODATION

| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | 4 |
|---|---|
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | 8 |

### ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| MTU MODEL 16V2000M91 SERIAL NO: 53610327/53610328 | MTU FRIEDRICHSHAFEN GMBH MAYBACHPLATZ 1 D-88045 FRIEDRICHSHAFEN GERMANY | NO. OF SETS: | 2 |
| | | NO. OF SHAFTS: | 2 |
| | | WHEN MADE: | 2003 |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| 12 | | | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| - | - | NUMBER: | - |
| | | WORKING PRESSURE: | - |
| | | WHEN MADE: | - |

### ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| 2984 | 20 | MOTOR |

| NAME AND ADDRESS OF THE OWNER | NUMBER OF SIXTY-FOURTH SHARES |
|---|---|
| VIOLET ADVISORS, S.A. PANAMA CITY REPUBLIC OF PANAMA | 64 SHARES |

DATE OF INITIAL REGISTRATION: 06 JUNE 2013.

**OUTSTANDING MORTGAGE DETAILS**

| |
|---|
| NO MORTGAGES REGISTERED IN THE CAYMAN ISLANDS |

I hereby certify that the foregoing printed and written particulars are a true extract from the Register now in my charge, showing the descriptive particulars, present registered ownership and free of mortgages of the vessel **THE ROUND**, Official Number **745127**.

DATED: **15 April 2020**

*[signature]*

**REGISTRAR OF BRITISH SHIPS
GEORGE TOWN
CAYMAN ISLANDS**

15-APR-2020 09:38:17 (GMT-5)