Regards,
CYM

Sent from my iPhone

> On Apr 15, 2020, at 9:52 AM, Lance Joseph <lancelaw@att.net> wrote:
>
> Dear Mr. Mills;
>
>   When we spoke about a month ago after my client removed his yacht from your client's residence in North Miami, you stated that it was in fact your client that owned the vessel. Nevertheless, the police were called that night and in fact confirmed my client was the legal owner before the boat was removed. In spite of my requests, you have yet to provide any documentation to me or my client, Nicholas Aular, that supported your words. You even threatened to have me arrested for theft of the vessel, which I strongly advised you not to attempt as it would harm your career.  Now, a month later, I am contacted by a Detective from North Miami which indicated you are still attempting to follow through on your treats. Of course, you still have provided no documentation whatsoever that your client has any ownership interest at all in the vessel. At best, your client MAY have a civil claim. If so you are invited to file suit in the civil courts to try to enforce whatever claim your client thinks they have. However, while I restrained myself the last time, my current consideration is to file a complaint against you and your firm for threatening me. Govern yourself accordingly.
>
> Law offices of Lance Joseph
>
> 9990 SW 77th Ave,
>
> PH-8
>
> Miami, FL. 33156
>
> (305) 596-6110
>
> lancelaw@att.net