# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| VIOLET ADVISORS, S.A., | : |
| | : |
| Plaintiff, | : CIVIL ACTION FILE |
| | : |
| vs. | : |
| | : NO. _____ |
| "*THE ROUND*" (27.08-meter twin engine pleasure yacht, official number 745127, signal letters ZGDH3, registered in Prague, Czech Republic in 2004 under the name "Leonardo II" now known by call sign "The Round"), | : |
| | : |
| *In Rem Defendant in Admiralty,* | : |
| | : |
| vs. | : |
| | : |
| EXCELLENT AUTO GROUP, INC., LANCE JOSEPH, NICHOLAS AULAR, ALBERTO A. ALCIVAR, FANNY LEON, GERMAN JACOME, LUZA SUAREZ, ARMANDO FERNANDEZ, CB MARINE TOWING AND SALVAGE, INC. d/b/a SEA TOW MIAMI, CHRIS SMITH, and RIO MIO, LLC, | : |
| | : |
| Defendants. | : |
| _____ | : |

## MOTION AND PROPOSED ORDER FOR ARREST OF VESSEL

NOW COMES Plaintiff VIOLET ADVISORS, S.A. (hereafter "Plaintiff" or "VAS") and files this Motion and Proposed Order for Arrest of Vessel pursuant to Local Admiralty Rule B(3)(a) and Supplemental Rule C(1) as follows:

1

1. Plaintiff filed a Verified Petition for Arrest of Vessel and Complaint for Damages with this Court on April 22, 2020.

2. The Verified Petition for Arrest of Vessel is an *in rem* maritime action concerning ownership and possession of "*The Round*", a 27.08-meter twin engine pleasure yacht, official number 745127, signal letters ZGDH3, initially registered in Prague, Czech Republic in 2004 under the name "Leonardo II" now known by call sign "*The Round*" (hereafter the "Yacht").

3. The Yacht is currently docked in a slip on the Miami River behind the Bermuda House Apartments located at 1160 NW North River Drive No. 2, Miami, Florida 33136 owned and operated by Defendant RIO MIO, LLC.

4. The Yacht is transitory in nature and at risk of leaving the jurisdiction of this Court if not immediately arrested.

5. This Court routinely issues warrants of arrest *in rem* while deciding ownership disputes over vessels.

**WHEREFORE**, in accordance with the representations set forth in this Motion, the Plaintiff respectfully requests the Court enter an Order directing the Clerk to Issue the Warrant of Arrest in Rem against "*The Round*" a 27.08-meter twin engine pleasure yacht, official number 745127, signal letters ZGDH3 and her

hull, boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances.

Submitted this 24th day of April, 2020.

By: */s/Christopher Y. Mills*
Christopher Y. Mills
Busch Slipakoff Mills & Slomka LLC
Florida Bar 72207
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
Email: cm@bsms.law

Laura H. Mirmelli
Florida Bar No.: 0044642
Busch Slipakoff Mills & Slomka LLC
3350 Riverwood Parkway S.E., Ste., 2100
Atlanta, GA 30339
Telephone: (404) 800-4031
lm@bsms.law

*Attorneys for Plaintiff*