UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| VIOLET ADVISORS, S.A., | : |
| | : |
| Plaintiff, | : CIVIL ACTION FILE |
| | : |
| vs. | : |
| | : NO. 1:20-CV-21716 |
| "*THE ROUND*" (27.08-meter twin engine pleasure yacht, official number 745127, signal letters ZGDH3, registered in Prague, Czech Republic in 2004 under the name "Leonardo II" now known by call sign "The Round"), | : |
| | : |
| *In Rem Defendant in Admiralty,* | : |
| | : |
| vs. | : |
| | : |
| EXCELLENT AUTO GROUP, INC., LANCE JOSEPH, NICHOLAS AULAR, ALBERTO A. ALCIVAR, FANNY LEON, GERMAN JACOME, LUZA SUAREZ, ARMANDO FERNANDEZ, CB MARINE TOWING AND SALVAGE, INC. d/b/a SEA TOW MIAMI, CHRIS SMITH, and RIO MIO, LLC, | : |
| | : |
| Defendants. | : |

## NOTICE OF FILING

**COMES NOW,** the Plaintiff in the above styled action, and submits this Notice of Filing and attaches it's [Proposed] Order of Issuance of the Process of Attachment and Garnishment.

This the 24th day of April, 2020.

1

2

By: */s/Christopher Y. Mills*
Christopher Y. Mills
Busch Slipakoff Mills & Slomka LLC
Florida Bar 72207
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
Telephone: (561) 408-0019
Email: cm@bsms.law


Laura H. Mirmelli
Florida Bar No.: 0044642
Busch Slipakoff Mills & Slomka LLC
3350 Riverwood Parkway S.E., Ste., 2100
Atlanta, GA 30339
Telephone: (404) 800-4031
lm@bsms.law

*Attorneys for Plaintiff*