UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21716-CIV-MORENO**

VIOLET ADVISORS, S.A.

      Plaintiff,

vs.

EXCELLENT AUTO GROUP, INC., LANCE JOSEPH, NICHOLAS AULAR, ALBERTO A. ALCIVAR, FANNY LEON, GERMAN JACOME, LUZA SAUREZ, ARMANDO FERNANDEZ, CB MARINE TOWING & SALVAGE, INC., CHRIS SMITH, RIO MIO, LLC, and THE ROUND, 27.08 meter twin engine pleasure yacht official number 745127, signal letters ZGDH3, *in rem*

      Defendants.

_____/

## ORDER REQUIRING NOTICE

THIS CAUSE came before the Court upon upon Plaintiff's Emergency Motion **(D.E. 5)**, filed on **April 24, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Plaintiff shall provide notice of the complaint and the pending motions to Defendants. This request for an arrest *in rem* is not the typical dispute for failure to pay for services rendered, and rather, it includes allegations of fraud. Thus, the Court will not arrest the vessel without notice to the Defendants against whom serious accusations have been made. Upon

2

notice to the Defendants, the Court will then require a response and schedule a hearing in Open Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of April 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record